NEMATZADEH PLLC
Justin Solomon Nematzadeh
184 Thompson Street, 6H
New York, NY 10012
Tel: (917) 836-3974
Email: justin.nematzadeh@gmail.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Jason Raffin*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>        v.<br><br>CANAAN INC., NANGENG ZHANG, and TONG HE,<br><br>                          Defendants. | Case No. 1:21-cv-03299-JPC<br><br>CLASS ACTION<br><br>Hon. John P. Cronan<br>Courtroom 12D |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the concurrently filed Declaration of Justin Solomon Nematzadeh, Esq., the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court, proposed Lead Plaintiff Movant Jason Raffin ("Movant") hereby moves this Court, before the Honorable John P.

Cronan, United States District Court, Southern District of New York, Courtroom 12D, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 , for the entry of an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Dated: June 14, 2021                    Respectfully submitted,

/s/ *Justin Solomon Nematzadeh*
NEMATZADEH PLLC
Justin Solomon Nematzadeh
184 Thompson Street, 6H
New York, NY 10012
Tel: (917) 836-3974
Email: justin.nematzadeh@gmail.com

Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

***Attorneys for Lead Plaintiff Movant Jason Raffin
and Proposed Lead Counsel for the Class***

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Justin Solomon Nematzadeh*
Justin Solomon Nematzadeh

3