**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>CANAAN INC., NANGENG ZHANG, and TONG HE,<br><br>              Defendants. | Case No. 1:21-cv-03299-JPC<br><br>CLASS ACTION<br><br>Hon. John P. Cronan<br>Courtroom 12D |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF**
**AND APPROVING SELECTION OF LEAD COUNSEL**

Having considered the motion of Movant Jason Raffin ("Movant") for appointment as Lead Plaintiff and approval of selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     This Order ("Order") will apply to these Actions and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3.     Each new case that arises out of the subject matter of this Action and is filed in this Court or transferred to this Court will be consolidated with this Action, and this Order will apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

4.    Unless otherwise ordered by this Court, future filings in any related class action case herein consolidated will be filed and docketed only under docket number 1:21-cv-03299-JPC.

5.    Movant Jason Raffin is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

6.    Movants' selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel and Local Counsel will have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, without limitation, pre-trial proceedings, motion practice, trial, and settlement.  Lead Counsel will make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.  Additionally, Lead Counsel and Local Counsel will have the following responsibilities:

A.    to brief and argue motions;

B.    to initiate and conduct discovery, including, without limitation, coordinate discovery with Defendants' counsel and prepare written interrogatories, requests for admissions, and requests for production of documents;

C.    to direct and coordinate the examination of witnesses in depositions;

D.    to act as spokesperson at pretrial conferences;

E.    to consult with and employ experts;

F.    to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees;

G.    to initiate and conduct any settlement negotiations with Defendants' counsel; and

H.    to perform such other duties as may be expressly authorized by further

order of this Court.


**IT IS SO ORDERED.**


DATE: _____   _____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK