NEMATZADEH PLLC
Justin Solomon Nematzadeh
184 Thompson Street, 6H
New York, NY 10012
Tel: (917) 836-3974
Email: justin.nematzadeh@gmail.com

BERGER MONTAGUE PC
Sherrie R. Savett
Michael Dell'Angelo
Andrew Abramowitz
Donnell Much
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: ssavett@bm.net
        mdellangelo@bm.net
        aabramowitz@bm.net
        dmuch@bm.net

*Attorneys for Proposed Lead Plaintiff*
*Jason Raffin*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANAAN INC., NANGENG ZHANG, and TONG HE, <br><br> Defendants. | Case No. 1:21-cv-03299-JPC <br><br> CLASS ACTION <br><br> Hon. John P. Cronan <br> Courtroom 12D |

**DECLARATION OF JUSTIN SOLOMON NEMATZADEH, ESQ. IN SUPPORT OF**
**MOVANT JASON RAFFIN'S MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Justin Solomon Nematzadeh, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am

admitted to practice before this Court.  I submit this declaration in support of the motion filed by

Proposed Lead Plaintiff Jason Raffin ("Movant") for the entry of an Order: (i) appointing Movant as Lead Plaintiff; (ii) approving Movant's selection of Berger Montague PC as Lead Counsel and Nematzadeh PLLC as Local Counsel for the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

2.      Attached as Exhibits A through C are true and correct copies of the following documents:

EXHIBIT A:  Signed Certification of Jason Raffin pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:  Notice of pendency of class action lawsuit against Canaan Inc., published on Business Wire on April 15, 2021; and

EXHIBIT C:  Chart reflecting calculation of financial losses sustained by Movant on Class Period transactions in Canaan Inc. securities.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of June 2021.        _/s/ Justin S. Nematzadeh_____
                                            Justin S. Nematzadeh

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, a true and correct copy of the foregoing document

was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ *Justin Solomon Nematzadeh*
Justin Solomon Nematzadeh

3