# EXHIBIT C

| Trans. Date | Trans. Type | No. Shares Bought | Price Per Share | Purch. Cost (Excl. Fees & Comms.) | No. Shares Sold | Price Per Share | Sale Proceeds (Excl. Fees & Comms.) |
|---|---|---|---|---|---|---|---|
| **Jason Raffin's Losses From Trading In Canaan Inc. ("CAN") During The Class Period: 02/10/2021 Through 04/09/2021** | | | | | | | |
| **Pre-Class Pd Holdings [1]:** | | 0 | | | | | |
| 02/22/21 | Buy | 95 | $21.00 | $1,995.00 | | | |
| 02/23/21 | Buy | 75 | $17.72 | $1,329.00 | | | |
| 02/24/21 | Buy | 54 | $18.24 | $984.96 | | | |
| 02/25/21 | Buy | 59 | $16.84 | $993.56 | | | |
| 03/15/21 | Buy | 127 | $35.40 | $4,495.80 | | | |
| 03/15/21 | Buy | 110 | $36.77 | $4,044.70 | | | |
| 03/15/21 | Buy | 108 | $36.99 | $3,994.92 | | | |
| 03/15/21 | Buy | 277 | $36.94 | $10,232.38 | | | |
| 03/15/21 | Buy | 138 | $36.90 | $5,092.20 | | | |
| 03/15/21 | Buy | 137 | $36.35 | $4,979.95 | | | |
| 03/15/21 | Buy | 217 | $36.48 | $7,916.16 | | | |
| 03/15/21 | Buy | 37 | $36.77 | $1,360.49 | | | |
| 03/15/21 | Buy | 243 | $36.93 | $8,973.99 | | | |
| 03/15/21 | Buy | 108 | $36.99 | $3,994.92 | | | |
| 03/15/21 | Buy | 277 | $36.94 | $10,232.38 | | | |
| 03/15/21 | Buy | 138 | $36.90 | $5,092.20 | | | |
| CLASS PD. TOTALS: | | **2,200** | | **$75,712.61** | **0** | | **$0** |
| Less sale of shares matched to pre-class holdings: | | | | | 0 | | $0 |
| **Subtotal of Sales of Shrs. Purch. in CP:** | | | | | **0** | | **$0** |
| **Total Held 4/9/21:** | | **2,200** | | | | | |
| **CLASS PD. RET.** | | **2,200** | (No. of Shrs. Purch. in the CP & Still held on 4/9/21) | | | | |
| Retained Shares Valued at Average Closing Price from 4/10/2021 to 6/11/2021 [2]: | | | | | | | |
| | | | | | 2,200 | $11.0432 | $24,295.04 |
| CLASS PD. TOTALS: | | **2,200** | | **$75,713** | **2,200** | | **$24,295.04** |
| | | | | **JASON RAFFIN FIFO-LIFO LOSS:** | | | **($51,417.57)** |

**Footnotes:**

[1] Jason Raffin did not hold Canaan Inc. pre-class period.

[2] Pursuant to the PSLRA, shares retained after the class-period are valued at the higher of: (A) the actual sale price or (B) the average closing price from the day of the corrective disclosures to the day of sale (whichever reduced losses) or (C) the average closing price for 90 days after the corrective disclosures if the shares were not sold in the 90-days after the end of the Class-Period. The average closing price from 04/10/2021 to 06/11/2021 is $11.0432. Pursuant to the PSLRA, 2,200 shares are valued at $11.0432.