**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>   Defendants. | Case No.: 1:21-cv-03299-JPC<br><br>Hon. John P. Cronan |

**NOTICE OF MOTION OF PAUL RICHARDS FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Paul Richards ("Movant") respectfully moves this Court for an order: (1) appointing Movant as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movant's selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant to the Securities Exchange Act of 1934, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based on this notice, the attached Memorandum of Law, the Declaration of Shannon L. Hopkins in support thereof, and the Court's complete files and records in this action, as well as such further argument as the Court may allow at a hearing on this motion.

*[Signature on Following Page]*

Dated: June 14, 2021                    Respectfully Submitted,

                                        **LEVI & KORSINSKY, LLP**

                                        By: /s/ *Shannon L. Hopkins*
                                        Shannon L. Hopkins (SH-1887)
                                        55 Broadway, 10th Floor
                                        New York, NY 10006
                                        Tel: (212) 363-7500
                                        Fax: (212) 363-7171
                                        Email: shopkins@zlk.com

                                        *Lead Counsel for Paul Richards and*
                                        *[Proposed] Lead Counsel for the Class*

2