**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>    Defendants. | Case No.: 1:21-cv-03299-JPC<br><br>Hon. John P. Cronan |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PAUL RICHARDS'**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**<u>APPROVAL OF SELECTION OF COUNSEL</u>**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Paul Richards ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certification signed by Movant attesting to his transactions of Canaan Inc. ("Canaan" or the "Company") American Depositary Receipts ("ADRs");

Exhibit B:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Canaan ADRs;

Exhibit C:     Press Release published April 15, 2021, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Denny v.*

*Canaan Inc., et. al.,* Case No. 1:21-cv-03299-JPC;

Exhibit D:     Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 14, 2021                                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Paul Richards and*
*[Proposed] Lead Counsel for the Class*

2