# EXHIBIT A

I, Paul Richards, duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Windermere, Florida and have various licenses in mechanical contracting. I am a U.S. Army Veteran and the owner and CEO of Armstrong Air & Heating Inc. I founded the Company in 1994 and I now employ approximately 187 employees. I have worked with countless attorneys regarding various business matters relating to my company, Armstrong. I have been investing in securities for 12 years.

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Canaan, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 9,2021.

Name: Paul Richards

Signed:

| Case Name | Canaan Inc. |
| --- | --- |
| Ticker | CAN |
| Class Period | 02-10-2021 to 04-09-2021 |

| Acct. 1 |
| --- |
| **Client Name** |
| Paul Richards |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 03-18-2021 | P | 20000 | $ 31.26 |
| 03-18-2021 | P | 3748 | $ 30.86 |