# EXHIBIT B

| Client Name | Paul Richards |
|---|---|
| Company Name | Canaan Inc. |
| Ticker Symbol | CAN |
| Security Type | |
| Class Period Start | 02-10-2021 |
| Class Period End | 04-09-2021 |
| 90-DAY Lookback Period Start | 04-10-2021 |
| 90-DAY Lookback Period End | 06-14-2021 |
| 90-DAY Lookback Average | $ 11.03 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $479,001.10 |
| *DURA LIFO* Total* | $479,001.10 |
| Gross Shares Purchased | 23,748 |
| Net Shares Retained | 23,748 |
| Net Funds Expended | $740,863.28 |

### Paul Richards

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 03-18-2021 | 20000 | 31.26 | $ 625,200.00 | | | | | | - | 20000 | 20000 | $ 11.03 | $ 220,534.09 | $ 404,665.91 | $ 404,665.91 |
| 03-18-2021 | 3748 | 30.86 | $ 115,663.28 | | | | | | - | 3748 | 3748 | $ 11.03 | $ 41,328.09 | $ 74,335.19 | $ 74,335.19 |
| Total: | 23,748 | | $740,863.28 | | | | | | | 23,748 | 23,748 | | $261,862.18 | $479,001.10 | $479,001.10 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.