**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CANAAN INC., NANGENG ZHANG, AND TONG HE,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-03299-JPC<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION OF MANU GANDHI FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and time that may be set by the Court, before the Honorable John P. Cronan, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, Courtroom 12D, 500 Pearl Street, New York, New York 10007, Manu Gandhi will respectfully move this Court for entry of an Order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Gandhi as Lead Plaintiff; (2) approving of Mr. Gandhi's selection of Block & Leviton LLP as Lead Counsel for the class; and (3) for any further relief which the Court may deem just and proper.

This Motion is made on the grounds that Mr. Gandhi believes that he is "the most adequate plaintiff" under the PSLRA and should, therefore, be appointed Lead Plaintiff. Specifically, Mr. Gandhi believes that he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the significant losses he incurred on his class period

transactions in Canaan, Inc. securities. Furthermore, Mr. Gandhi satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon the accompanying Memorandum of Law in support thereof, the Declaration of Jeffrey C. Block filed herewith, Mr. Gandhi's Certification and Declaration filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Gandhi respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve of his selection of Block & Leviton LLP as Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: June 14, 2021                    Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600 phone
(617) 507-6020 fax
jeff@blockleviton.com

*Counsel for Mr. Gandhi and*
*Proposed Lead Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block