**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANAAN INC., NANGENG ZHANG, AND TONG HE,<br><br>Defendants. | Case No. 1:21-cv-03299-JPC<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MANU GANDHI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Manu Gandhi for appointment as lead plaintiff and for approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Robbins Geller Rudman & Dowd LLP, dated April 15, 2021, announcing the filing of a class action against the above-referenced defendants with a class period running from February 10, 2021 to April 9, 2021, and noticing that the filing date for appointment as Lead Plaintiff is June 14, 2021.

3. Attached hereto as Exhibit B is Mr. Gandhi's PSLRA Certification.

4. Attached hereto as Exhibit C is a chart reflecting Mr. Gandhi's losses in the relevant securities.

5. Attached hereto as Exhibit D is the Declaration of Manu Gandhi.

2

6.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block

& Leviton LLP, proposed Lead Counsel.

Dated: June 14, 2021                              /s/ Jeffrey C. Block
                                                  Jeffrey C. Block

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Jeffrey C. Block*
Jeffrey C. Block