# EXHIBIT B

**PLAINTIFF'S CERTIFICATION**

I, Manu Gandhi, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1.  I have reviewed the complaint on file in this action against **Canaan, Inc.** (the "Company") and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on my behalf.

2.  I did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

3.  My wife and I are joint accountholders of the account listed below. My wife has assigned her claims, demands, and/or causes of action of any kind involving claims against the Company under the federal securities laws.

4.  My transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| February 12, 2021 | Buy | 910 | $12.92 |
| February 12, 2021 | Buy | 910 | $12.30 |
| February 12, 2021 | Sell | 910 | $13.00 |
| February 16, 2021 | Sell | 100 | $18.01 |
| February 16, 2021 | Sell | 810 | $18.00 |
| February 18, 2021 | Buy | 100 | $18.14 |
| February 22, 2021 | Buy | 100 | $23.751 |
| February 22, 2021 | Sell | 100 | $24.50 |
| March 9, 2021 | Sell | 100 | $29.10 |
| March 11, 2021 | Buy | 109 | $32.50 |
| March 11, 2021 | Buy | 30 | $36.30 |
| March 11, 2021 | Buy | 243 | $36.29 |
| March 11, 2021 | Buy | 334 | $36.35 |
| March 11, 2021 | Buy | 900 | $36.32 |
| March 11, 2021 | Buy | 1,500 | $36.33 |
| March 11, 2021 | Buy | 3,007 | $32.99 |
| March 11, 2021 | Buy | 3,007 | $34.0853 |
| March 11, 2021 | Sell | 1,290 | $34.51 |
| March 11, 2021 | Sell | 1,717 | $34.50 |
| March 11, 2021 | Sell | 3,007 | $36.40 |
| March 11, 2021 | Sell | 3,116 | $33.50 |
| March 12, 2021 | Buy | 6,004 | $38.40 |
| March 12, 2021 | Buy | 6,004 | $38.30 |
| March 12, 2021 | Buy | 6,005 | $38.65 |

Doc ID: 4f7b1598d1fcd9824fd9ef400a767158c28f3a76

| March 12, 2021 | Sell | 6,004 | $38.50 |
| March 12, 2021 | Sell | 6,004 | $38.90 |

5. I am willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06 / 10 / 2021

Manu Gandhi

Manu Gandhi

## ASSIGNMENT OF CLAIMS

This Assignment of Claims is made and effective on 06 / 10 / 2021 _____ :

BETWEEN: Anupriya Gandhi (the "Assignor");

AND: Manu Gandhi (the "Assignee"):

1. Assignor and Assignee are wife and husband;

2. Assignor hereby transfers to Assignee and his successors, assigns, and personal representatives, any and all rights, title, and interest of Assignor in Assignor's claims, demands, or causes of action of any kind whatsoever that Assignor has or may have involving Canaan, Inc. securities under the federal securities laws;

3. Assignee may, in his own name, prosecute, settle, comprise, and grant releases on such claims, as he, in his sole discretion, deems advisable;

4. Assignee shall remain the beneficiary of any recovery that Assignor obtains in the prosecution, settlement, and/or compromise of such claims.

Executed on 06 / 10 / 2021 _____ :

_____
Assignor
Anupriya Gandhi

_____
Assignee
Manu Gandhi