# EXHIBIT C

**LIFO Loss Chart Report**

| | |
|---|---|
| | Class Period Beginning: 02/10/2021 |
| Gandhi (Canaan) | Class Period End: 04/09/2021 |
| Last-In First-Out("LIFO")Share Accounting Gain(Loss) Analysis | Lookback Period Beginning: 04/10/2021 |
| Security: 134748102 | Lookback Period End: 07/09/2021 |
| Class Period: February 10,2021 - April 09,2021 | Days in Lookback Period: 90 |
| Currency: USD | Lookback Period Average Closing Price: 11.14 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Pre-Class Period Holdings : 0.0000** | | | | | | | | | | | |
| **1A. Pre-Class Period Holdings Sold Through End of Class Period** | | | | | | | | | | | |
| **1A. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1B. Pre-Class Period Holdings Sold During Lookback Period** | | | | | | | | | | | |
| **1B. Total** | | 0.0000 | | | | | 0.0000 | | 0.00 | 0.00 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1C. Pre-Class Period Holdings Held at the End of Lookback Period** | | | | | | | | | | | |
| **1C. Total** | | 0.0000 | | | | | | | | 0.0000 | |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2A. ClassPeriod Purchases Sold Prior to End of Class Period** | | | | | | | | | | | |
| Purchase | 02/12/2021 | 910.0000 | 12.30 | 11,193.00 | Sale | 02/12/2021 | 910.0000 | 13.00 | 11,830.00 | 0.0000 | 637.00 |
| Purchase | 02/12/2021 | 810.0000 | 12.92 | 10,465.20 | Sale | 02/16/2021 | 810.0000 | 18.00 | 14,580.00 | 0.0000 | 4,114.80 |
| Purchase | 02/12/2021 | 100.0000 | 12.92 | 1,292.00 | Sale | 02/16/2021 | 100.0000 | 18.01 | 1,801.00 | 0.0000 | 509.00 |
| Purchase | 02/22/2021 | 100.0000 | 23.75 | 2,375.00 | Sale | 02/22/2021 | 100.0000 | 24.50 | 2,450.00 | 0.0000 | 75.00 |
| Purchase | 02/18/2021 | 100.0000 | 18.14 | 1,814.00 | Sale | 03/09/2021 | 100.0000 | 29.10 | 2,910.00 | 0.0000 | 1,096.00 |
| Purchase | 03/11/2021 | 109.0000 | 32.50 | 3,542.50 | Sale | 03/11/2021 | 109.0000 | 33.50 | 3,651.50 | 0.0000 | 109.00 |
| Purchase | 03/11/2021 | 3,007.0000 | 32.99 | 99,200.93 | Sale | 03/11/2021 | 3,007.0000 | 33.50 | 100,734.50 | 0.0000 | 1,533.57 |
| Purchase | 03/11/2021 | 1,717.0000 | 34.09 | 58,532.53 | Sale | 03/11/2021 | 1,717.0000 | 34.50 | 59,236.50 | 0.0000 | 703.97 |
| Purchase | 03/11/2021 | 1,290.0000 | 34.09 | 43,976.10 | Sale | 03/11/2021 | 1,290.0000 | 34.51 | 44,517.90 | 0.0000 | 541.80 |
| Purchase | 03/11/2021 | 243.0000 | 36.29 | 8,818.47 | Sale | 03/11/2021 | 243.0000 | 36.40 | 8,845.20 | 0.0000 | 26.73 |
| Purchase | 03/11/2021 | 30.0000 | 36.30 | 1,089.00 | Sale | 03/11/2021 | 30.0000 | 36.40 | 1,092.00 | 0.0000 | 3.00 |
| Purchase | 03/11/2021 | 900.0000 | 36.32 | 32,688.00 | Sale | 03/11/2021 | 900.0000 | 36.40 | 32,760.00 | 0.0000 | 72.00 |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 03/11/2021 | 1,500.0000 | 36.33 | 54,495.00 | Sale | 03/11/2021 | 1,500.0000 | 36.40 | 54,600.00 | 0.0000 | 105.00 |
| Purchase | 03/11/2021 | 334.0000 | 36.35 | 12,140.90 | Sale | 03/11/2021 | 334.0000 | 36.40 | 12,157.60 | 0.0000 | 16.70 |
| Purchase | 03/12/2021 | 6,004.0000 | 38.30 | 229,953.20 | Sale | 03/12/2021 | 6,004.0000 | 38.50 | 231,154.00 | 0.0000 | 1,200.80 |
| Purchase | 03/12/2021 | 6,004.0000 | 38.40 | 230,553.60 | Sale | 03/12/2021 | 6,004.0000 | 38.90 | 233,555.60 | 0.0000 | 3,002.00 |
| **2A. Total** | | **23,158.0000** | | **802,129.43** | | | **23,158.0000** | | **815,875.80** | **0.00** | **13,746.37** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.B ClassPeriod Purchases Sold During Lookback Period** | | | | | | | | | | | |
| **2B. Total** | | **0.0000** | | **0.00** | | | **0.0000** | | **0.00** | **0.00** | **0.00** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2.C ClassPeriod Purchases Held at the End of Lookback Period** | | | | | | | | | | | |
| Purchase | 03/12/2021 | 6,005.0000 | 38.65 | 232,093.25 | | | | | | 6,005.0000 | (165,164.66) |
| **2C. Total** | | **6,005.0000** | | **232,093.25** | | | **0.000** | | **$0.00** | **6,005.0000** | **(165,164.66)** |

| Trans Type | Date | Shares | Price | Total Cost | Trans Type | Date | Shares | Price | Total Proceeds | Shares Retained @07/09/21 | Gain (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class Period Total | | 29,163.0000 | | 1,034,222.68 | | | 23,158.0000 | | 815,875.80 | 6,005.0000 | (151,418.29) |
| Grand Total | | 29,163.0000 | | 1,034,222.68 | | | 23,158.0000 | | 815,875.80 | 6,005.0000 | |
| **Total LIFO Gain(Loss)** | | | | | | | | | | | **(151,418.29)** |

**Loss Methodology:**
1934 Act,Section 10(b)

**Currency Conversion:**
Convert to currency of loss scenario securityID using standard exchange rate as of class period end date for each transaction

**Group By:**
By Client

**Retained Shares Calculation:**
Higher of Avg.Closing Price as of the date of sale or the Actual Sale Price

**Share Matching:**
Match same day transactions

**Override Custodian Data:**
Using as reported by Custodian.