**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>   v.<br><br>CANAAN INC., NANGENG ZHANG, and TONG HE,<br><br>              Defendants. | Case No. 1:21-cv-03299-JPC<br><br>CLASS ACTION |

**NOTICE OF MOTION AND MOTION TO APPOINT XIANFENG ZENG AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to the Lead Plaintiff provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), codified as Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3) (2013), and/or Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), class member Xianfeng Zeng ("Mr. Zeng" or "Movant") hereby moves the Honorable Judge John P. Cronan, United States District Court for the Southern District of New York, for entry of an Order: (1) appointing Movant as Lead Plaintiff in this action against Canaan Inc. ("Canaan" or the "Company"), and certain Canaan senior officers (referred to collectively as "Defendants"), (2) approving Movant's selection of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel in this action, and (3) granting such other and further relief as the Court may deem just and proper.

This motion is based on this notice of motion and motion, the memorandum of law in support thereof, the declaration of Lucas E. Gilmore in support of this motion, the pleadings and records on file in this action, and any other written or oral argument or other matter that may be presented to the Court and that the Court may consider in deciding this motion.

Mr. Zeng makes this motion on the belief that he is the most "adequate plaintiff" as defined in the PSLRA because:

1.    Movant has the largest known financial interest in the relief sought by the Class. Mr. Zeng has incurred substantial losses as a result of his purchase and/or acquisition of shares of Canaan securities; and

2.    Movant satisfies the typicality and adequacy requirements of Federal Rule of Civil Procedure 23.

**WHEREFORE**, Mr. Zeng respectfully requests that the Court: (1) appoint him as the Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Exchange Act; (2) approve his selection of Lead Counsel for the class; and (3) grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

DATED:  June 14, 2021    HAGENS BERMAN SOBOL SHAPIRO LLP

By ___/s/ Nathaniel A. Tarnor_____
NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292

- 2 -

- 3 -

Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff*
*Xianfeng Zeng*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Nathaniel A. Tarnor
NATHANIEL A. TARNOR

- 4 -