**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>                   Defendants. | 1:21-cv-03299-JPC<br><br>CLASS ACTION |

**NOTICE OF MOTION OF SHOLIM AND FANNY GINSBURG FOR**
**APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4, as amended by the Private Securities Litigation Reform Act of 1995, and Rule 42(a) of the Federal Rules of Civil Procedure, Sholim and Fanny Ginsburg (the "Ginsburgs") hereby move this Court, the Honorable John P. Cronan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY, 10007 for an Order:

(a) appointing the Ginsburgs as Lead Plaintiffs; and

(b) approving the Ginsburgs' selection of Bernstein Liebhard LLP as Lead Counsel for the litigation.

This motion is supported by the accompanying Memorandum of Law, the concurrently filed Declaration of Laurence J. Hasson, the pleadings and other filings in these actions and such other written or oral argument as may be permitted by the Court.

Dated: June 14, 2021                      Respectfully submitted,

                                          /s/*Laurence J. Hasson*
                                          **BERNSTEIN LIEBHARD LLP**
                                          Laurence J. Hasson
                                          Joseph R. Seidman, Jr.
                                          10 East 40th Street
                                          New York, NY 10016
                                          Telephone: (212) 779-1414
                                          Facsimile: (212) 779-3218
                                          Email:  lhasson@bernlieb.com
                                          Email:  seidman@bernlieb.com


                                          *Counsel for Sholim and Fanny Ginsburg and*
                                          *Proposed Lead Counsel for the Proposed Class*

2

## CERTIFICATE OF SERVICE

I, LAURENCE J. HASSON, hereby certify that on June 14, 2021, a true and correct copy of the annexed **NOTICE OF MOTION OF SHOLIM AND FANNY GINSBURG FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 14, 2021                              /s/*Laurence J. Hasson*
                                                  Laurence J. Hasson