**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>          Defendants. | 1:21-cv-03299-JPC<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND**
**APPROVING LEAD COUNSEL**

**Upon good cause shown, IT IS HEREBY ORDERED THAT:**

I.      The Motion of Sholim and Fanny Ginsburg for Appointment as Lead Plaintiffs and Approval of Counsel is granted.

II.     Sholim and Fanny Ginsburg are hereby appointed as Lead Plaintiffs for the proposed Class pursuant to 15 U.S.C. § 78u-4 as amended by the Private Securities Litigation Reform Act of 1995.

III.    Bernstein Liebhard LLP is hereby appointed as Lead Counsel for the proposed Class.

SO ORDERED, this ___ day of _____, 2021

_____
The Honorable John P. Cronan
United States District Judge