# Exhibit B

| | Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) |
|---|---|---|
| Fidelity | $36,795.24 | $36,795.24 |
| Millennium | $193,059.50 | $169,926.16 |
| Etrade | $15,590.32 | $15,590.32 |
| | $245,445.06 | $222,311.72 |

**Loss Analysis for Xianfeng Zeng - Canaan Inc. (CAN)**
**Class Period 02/10/21 - 04/09/21**
**Fidelity**

| | | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 02/22/2021 | 6,068 | $21.8000 | $132,282.40 | | 02/24/2021 | 3,000 | $18.4000 | | $55,200.00 |
| Purchases | 03/02/2021 | 2,600 | $21.2000 | $55,120.00 | | 02/25/2021 | 3,068 | $16.7500 | | $51,389.00 |
| | 03/02/2021 | 1,702 | $21.0200 | $35,776.04 | | 03/05/2021 | 2,150 | $18.1500 | | $39,022.50 |
| | 03/12/2021 | 500 | $32.3900 | $16,195.00 | | 03/23/2021 | 3,423 | $21.5000 | | $73,594.50 |
| | 03/12/2021 | 275 | $32.4000 | $8,910.00 | | 03/31/2021 | 3,960 | $20.6000 | | $81,576.00 |
| | 03/12/2021 | 196 | $32.3000 | $6,330.80 | | | | | | |
| | 03/12/2021 | 100 | $32.2900 | $3,229.00 | | | | | | |
| | 03/12/2021 | 100 | $32.3600 | $3,236.00 | | | | | | |
| | 03/12/2021 | 100 | $32.3800 | $3,238.00 | | | | | | |
| | 03/29/2021 | 3,960 | $18.5000 | $73,260.00 | | | | | | |
| Post Class Purchases | | | | | Post Class Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 15,601 | Total Amt. Paid in CP | $337,577.24 | Total Shares Sold in CP |
| | | | | 15,601 |

| | | |
|---|---|---|
| Total Shares Sold in CP | 15,601 | Total Amt. Sold in CP | $300,782.00 |
| Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| Total Shares Sold to Current | 15,601 | Total Amt. Sold to Current | $300,782.00 ALTERNATIVE |

Actual Net Shares Acquired in CP    -    (CP Retained Shares)

| | |
|---|---|
| Net Amount Paid in CP | $36,795.24 |
| Net Amount Paid in CP Minus Sold to Current Date | $36,795.24 ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 0 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 0 | Automatically 0 if Negative (ALTERNATIVE) |

90-Day Mean Share Price after last Day of CP    $11.03

| | |
|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $0.00 |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $0.00 ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $36,795.24 ALTERNATIVE |

| | |
|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $36,795.24 |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $36,795.24 ALTERNATIVE |

**Loss Analysis for Xianfeng Zeng - Canaan Inc. (CAN)**
**Class Period 02/10/21 - 04/09/21**
**Millennium**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 02/24/21 | 3,141 | $18.9800 | $59,616.18 | | 02/24/21 | 3,141 | $18.8702 | $59,271.30 |
| Purchases | 03/01/21 | 3,000 | $21.3000 | $63,900.00 | | 03/23/21 | 6,226 | $21.5000 | $133,859.00 |
| | 03/01/21 | 3,000 | $21.4800 | $64,440.00 | | 03/24/21 | 8,000 | $19.5000 | $156,000.00 |
| | 03/02/21 | 4,000 | $21.0200 | $84,080.00 | | 03/24/21 | 8,226 | $19.6343 | $161,511.75 |
| | 03/10/21 | 4,000 | $28.8000 | $115,200.00 | | 03/26/21 | 5,000 | $16.6000 | $83,000.00 |
| | 03/12/21 | 2,000 | $35.4943 | $70,988.60 | | 03/26/21 | 5,002 | $17.0000 | $85,034.00 |
| | 03/16/21 | 228 | $29.0280 | $6,618.38 | | 03/31/21 | 5,823 | $20.7000 | $120,536.10 |
| | 03/24/21 | 6,226 | $21.4000 | $133,236.40 | | 04/05/21 | 5,208 | $19.2612 | $100,312.33 |
| | 03/25/21 | 10,000 | $18.4010 | $184,010.00 | | 04/06/21 | 5,343 | $19.0835 | $101,963.14 |
| | 03/29/21 | 4,000 | $19.1800 | $76,720.00 | | | | | |
| | 03/29/21 | 4,000 | $18.8800 | $75,520.00 | | | | | |
| | 03/29/21 | 4,000 | $17.8800 | $71,520.00 | | | | | |
| | 03/30/21 | 3,823 | $20.4000 | $77,989.20 | | | | | |
| | 04/01/21 | 5,208 | $23.0400 | $119,992.32 | | | | | |
| | 04/06/21 | 5,343 | $18.9000 | $100,982.70 | | | | | |
| Post Class | | | | | Post Class | *4/19/2021 | 6,000 | $13.3400 | $80,040.00 |
| Purchases | | | | | Sales | *4/19/2021 | 4,000 | $13.3400 | $53,360.00 |

*On 04/19/21 movant actually sold 6,000 shares at $11.70 and 4,000 shares at $12.08. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of CAN between 04/10/21 and 04/19/21, $13.34.*

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 61,969 | Total Amt. Paid in CP | $1,304,813.78 | Total Shares Sold in CP 51,969 Total Amt. Sold in CP $1,001,487.62 |
| | | | Post CP Shares Sold 10,000 | Post CP Amount Sold $133,400.00 |
| | | | Total Shares Sold to Current 61,969 | Total Amt. Sold to Current $1,134,887.62 ALTERNATIVE |

Actual Net Shares Acquired in CP  10,000  (CP Retained Shares)

Net Amount Paid in CP  $303,326.16
Net Amount Paid in CP Minus Sold to Current Date  $169,926.16 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares)  10,000 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date  0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $11.03

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $110,266.67
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $0.00 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $303,326.16 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $193,059.50
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $169,926.16 ALTERNATIVE

**Loss Analysis for Xianfeng Zeng - Canaan Inc. (CAN)**
**Class Period 02/10/21 - 04/09/21**
**Etrade**

| | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 02/19/21 | 2,026 | $25.1600 | $50,974.16 | | 02/25/21 | 2,026 | $16.6800 | $33,793.68 |
| Purchases | 03/02/21 | 1,082 | $20.8000 | $22,505.60 | | 03/22/21 | 1,082 | $22.1400 | $23,955.48 |
| | 03/30/21 | 1,169 | $20.4800 | $23,941.12 | | 03/31/21 | 1,169 | $20.6000 | $24,081.40 |
| Post Class Purchases | | | | | Post Class Sales | | | | |
| | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Total Shares Acquired in CP | 4,277 | Total Amt. Paid in CP | $97,420.88 | Total Shares Sold in CP | 4,277 | Total Amt. Sold in CP | $81,830.56 |

Post CP Shares Sold: 0 — Post CP Amount Sold: $0.00

Total Shares Sold to Current: 4,277 — Total Amt. Sold to Current: $81,830.56 ALTERNATIVE

Actual Net Shares Acquired in CP: - (CP Retained Shares)

Net Amount Paid in CP: $15,590.32

Net Amount Paid in CP Minus Sold to Current Date: $15,590.32 ALTERNATIVE

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 0 — Automatically 0 if Negative

Net Shares Acquired During Class Period Held to Current Date: 0 — Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $11.03

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $0.00

Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 ALTERNATIVE

Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $15,590.32 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $15,590.32

Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $15,590.32 ALTERNATIVE