**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>　　　　　　　　　　Defendants. | 1:21-cv-03299-JPC<br><br>CLASS ACTION |

**DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF SHOLIM AND FANNY GINSBURG'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**

I, LAURENCE J. HASSON, hereby declare under penalties of perjury that:

1.　　　I am a Partner with Bernstein Liebhard LLP. I make this Declaration in Support of Sholim and Fanny Ginsburg's Motion for Appointment as Lead Plaintiffs and Approval of Counsel. The matters set forth herein are within my personal knowledge.

2.　　　Attached hereto are true and correct copies of the following documents:

Exhibit A:　　The notice announcing the pendency of this action pursuant to 15 U.S.C. § 78u-4(a)(3)(A)(i);

Exhibit B:　　Sholim and Fanny Ginsburg's sworn certification pursuant to 15 U.S.C. § 78u-4(a)(2)(A);

Exhibit C:　　Sholim and Fanny Ginsburg's Loss Chart; and

Exhibit D:　　Firm Résumé of Bernstein Liebhard LLP.

Executed: June 14, 2021　　　　　　　　　*/s/Laurence J. Hasson*
　　　　　　　　　　　　　　　　　　　　LAURENCE J. HASSON

2

**CERTIFICATE OF SERVICE**

I, LAURENCE J. HASSON, hereby certify that on June 14, 2021, a true and correct copy of the annexed **DECLARATION OF LAURENCE J. HASSON IN SUPPORT OF SHOLIM AND FANNY GINSBURG'S MOTION  FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** was served in accordance with the Federal Rules of Civil Procedure with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to all parties with an email address of record who have appeared and consented to electronic service in this action.

Dated: June 14, 2021                                      */s/Laurence J. Hasson*
                                                          Laurence J. Hasson