# EXHIBIT C

**Canaan Inc. (CAN)**

FIFO/LIFO Losses
Class Period: 02/10/2021 - 04/09/2021

Hold Price:    $11.0432

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| SHOLIM GINSBURG and FANNY GINSBURG | 03/15/21 | 10,000 | 33.43617 | 334,361.70 | | | | 0.00 | 10,000 | 110,431.82 | (223,929.88) |
| | 03/16/21 | 2,000 | 31.59000 | 63,180.00 | | | | 0.00 | 2,000 | 22,086.36 | (41,093.64) |
| | 03/16/21 | 1,000 | 31.77500 | 31,775.00 | | | | 0.00 | 1,000 | 11,043.18 | (20,731.82) |
| **SHOLIM GINSBURG and FANNY GINSBURG Totals** | | **13,000** | | **$429,316.70** | | **-** | | **$0.00** | **13,000** | **$143,561.36** | **($285,755.34)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $11.0432 per share.