**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANAAN INC., NANGENG ZHANG, and TONG HE,<br><br>Defendants. | Case No. 1:21-cv-03299-JPC-SDA<br><br>**NOTICE OF MOTION AND MOTION OF ABRAM GRAE TO: (1) APPOINT LEAD PLAINTIFF; AND (2) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br><u>**CLASS ACTION**</u> |

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Movant Abram Grae ("Movant") hereby moves this Court, on a date and at a time to be designated by the Court, for an order:

(a)    appointing Movant to serve as Lead Plaintiff in this action; and

(b)    approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel for the Class.

1

In support of this Motion, Movant submits: (i) the Memorandum of Law dated June 14, 2021 (and exhibits); and (ii) a [Proposed] Order Appointing Lead Plaintiff and Approving Lead Plaintiff's Selection of Counsel.

Dated: June 14, 2021                    Respectfully submitted,

                                        **THE ROSEN LAW FIRM, P.A.**

                                        /s/Phillip Kim
                                        Phillip Kim, Esq. (PK 9384)
                                        Laurence M. Rosen, Esq. (LR 5733)
                                        275 Madison Avenue, 40th Floor
                                        New York, New York 10016
                                        Telephone: (212) 686-1060
                                        Fax: (212) 202-3827
                                        Email: pkim@rosenlegal.com
                                        Email: lrosen@rosenlegal.com

                                        *[Proposed] Lead Counsel for Lead Plaintiff and Class*

2

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>/s/Phillip Kim</u>

3