**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiff,<br><br>  vs.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>                 Defendants. | Case No. 1:21-cv-03299-JPC-SDA |

**NOTICE OF THE MOTION OF MAHINDERJIT SINGH, M.D.**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that on a date and time designated by the Court, before the Honorable John P. Cronan, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, putative class member Mahinderjit Singh, M.D. ("Dr. Singh"), by his undersigned counsel, will respectfully move this Court for entry of an Order for: (1) appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B); and (2) approval of his selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class.

This Motion is made on the grounds that Dr. Singh is the "most adequate plaintiff" pursuant to the PSLRA.  In support of this Motion, Dr. Singh submits herewith an accompanying memorandum of law and the declaration of Naumon A. Amjed.

DATED:  June 14, 2021

Respectfully submitted,

**KESSLER TOPAZ
  MELTZER & CHECK, LLP**

*S/ Naumon A. Amjed*
Naumon A. Amjed
Ryan T. Degnan
Karissa J. Sauder
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
namjed@ktmc.com
rdegnan@ktmc.com
ksauder@ktmc.com

*Counsel for Mahinderjit Singh, M.D. and
Proposed Lead Counsel for the Class*

1