# EXHIBIT 3

**Canaan Inc. Loss Chart**
**Class Period: February 10, 2021 through April 9, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 11.04 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grae, Abram | 3/30/2021 | 2,761 | ($19.40) | ($53,563.40) | | | | | | | | |
| | 3/31/2021 | 600 | ($20.90) | ($12,540.00) | | | | | | | | |
| | 3/31/2021 | 700 | ($20.92) | ($14,644.00) | | | | | | | | |
| | 3/31/2021 | 915 | ($20.96) | ($19,178.40) | | | | | | | | |
| | 3/31/2021 | 3,617 | ($20.91) | ($75,631.47) | | | | | | | | |
| | 3/31/2021 | 2,100 | ($20.75) | ($43,575.00) | | | | | | | | |
| | | 10,693 | | ($219,132.27) | | | | | 10,693 | $118,084.72 | ($101,047.55) | |