**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-03299-JPC-SDA |

**DECLARATION OF NAUMON A. AMJED IN SUPPORT OF THE MOTION OF MAHINDERJIT SINGH, M.D. FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Naumon A. Amjed, declare as follows:

1.      I am a member in good standing of the State Bar of New York and am admitted to practice before this Court.  I am a partner at the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz").  I submit this Declaration in support of the motion filed by Mahinderjit Singh, M.D. ("Dr. Singh") for appointment as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and approval of his selection of Kessler Topaz as Lead Counsel for the class.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:     Sworn certification of Dr. Singh pursuant to the PSLRA;

Exhibit B:     Chart of Dr. Singh's transactions and losses in Canaan Inc. American Depositary Receipts ("ADRs") during the Class Period;

Exhibit C:     Declaration of Mahinderjit Singh, M.D.;

Exhibit D:     Notice of the pendency of *Denny v. Canaan Inc., et al.*, No. 1:21-cv-03299-JPC-SDA (S.D.N.Y.), published by *Business Wire* on April 15, 2021; and

Exhibit E:     Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of June 2021.

*S/ Naumon A. Amjed*
Naumon A. Amjed

1