# EXHIBIT B

*Total LIFO Loss:*    ($553,131.22)

**Mahinderjit Singh, M.D. - Account 1**
**LIFO Losses in Canaan Inc. ADRs**
CP: 2/10/21 - 4/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/2/2021 | 5,534 | $21.7500 | $120,364.50 | Sale * | 5/21/2021 | 5,664 | $11.8460 | $67,095.74 |
| Purchase | 3/2/2021 | 130 | $21.0850 | $2,741.05 | | | | | |
| | | 5,664 | | $123,105.55 | | | 5,664 | | $67,095.74 |

*LIFO Losses in Canaan Inc. ADRs*    ($56,009.81)

**Mahinderjit Singh, M.D. - Account 2**
**LIFO Losses in Canaan Inc. ADRs**
CP: 2/10/21 - 4/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/2/2021 | 47 | $22.3400 | $1,049.98 | Sale | 3/12/2021 | 580 | $36.8550 | $21,375.90 |
| Purchase | 3/3/2021 | 273 | $24.7155 | $6,747.33 | Sale * | 4/23/2021 | 100 | $13.2540 | $1,325.40 |
| Purchase | 3/12/2021 | 65 | $38.8638 | $2,526.15 | Sale * | 4/23/2021 | 200 | $13.2540 | $2,650.80 |
| Purchase | 3/12/2021 | 115 | $36.6390 | $4,213.49 | Sale * | 4/23/2021 | 200 | $13.2540 | $2,650.80 |
| Purchase | 3/12/2021 | 659 | $37.9001 | $24,976.17 | Sale * | 4/23/2021 | 1,100 | $13.2540 | $14,579.40 |
| Purchase | 3/12/2021 | 5,700 | $37.7100 | $214,947.00 | Sale * | 4/23/2021 | 2,100 | $13.2540 | $27,833.40 |
| Purchase | 3/12/2021 | 8,115 | $35.7700 | $290,273.55 | Sale * | 4/23/2021 | 8,114 | $13.2540 | $107,542.96 |
| Purchase | 3/16/2021 | 9 | $29.2200 | $262.98 | Sale * | 5/13/2021 | 11,936 | $12.5392 | $149,667.49 |
| Purchase | 3/16/2021 | 100 | $28.9250 | $2,892.50 | | | | | |
| Purchase | 3/16/2021 | 200 | $28.9050 | $5,781.00 | | | | | |
| Purchase | 3/16/2021 | 200 | $28.9150 | $5,783.00 | | | | | |
| Purchase | 3/16/2021 | 344 | $28.9200 | $9,948.48 | | | | | |
| Purchase | 3/16/2021 | 386 | $28.9100 | $11,159.26 | | | | | |
| Purchase | 3/16/2021 | 3,216 | $28.9300 | $93,038.88 | | | | | |
| Purchase | 3/16/2021 | 4,900 | $28.9400 | $141,806.00 | | | | | |
| Purchase | 3/18/2021 | 1 | $32.5700 | $32.57 | | | | | |
| | | 24,330 | | $815,438.33 | | | 24,330 | | $327,626.15 |

*LIFO Losses in Canaan Inc. ADRs*    ($487,812.18)

* Post-class sales price adjusted per PSLRA.

**Mahinderjit Singh, M.D. - Account 3**
**LIFO Losses in Canaan Inc. ADRs**
CP: 2/10/21 - 4/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/2/2021 | 47 | $21.4350 | $1,007.45 | Sale | 3/18/2021 | 35 | $30.1800 | $1,056.30 |
| Purchase | 3/2/2021 | 4,629 | $21.2000 | $98,134.80 | Sale | 3/18/2021 | 212 | $30.1900 | $6,400.28 |
| Purchase | 3/3/2021 | 1 | $24.1479 | $24.15 | Sale | 3/18/2021 | 4,683 | $30.1600 | $141,239.28 |
| Purchase | 3/3/2021 | 323 | $23.7900 | $7,684.17 | Sale * | 5/12/2021 | 70 | $12.7057 | $889.40 |
|  |  | 5,000 |  | $106,850.56 |  |  | 5,000 |  | $149,585.26 |

*LIFO Gains in Canaan Inc. ADRs*    $42,734.69

**Mahinderjit Singh, M.D. - Account 4**
**LIFO Losses in Canaan Inc. ADRs**
CP: 2/10/21 - 4/9/21

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/19/2021 | 89 | $24.7600 | $2,203.64 | Sale * | 5/21/2021 | 4,039 | $11.8460 | $47,845.99 |
| Purchase | 2/19/2021 | 120 | $24.7500 | $2,970.00 |  |  |  |  |  |
| Purchase | 2/19/2021 | 3,830 | $24.7301 | $94,716.28 |  |  |  |  |  |
|  |  | 4,039 |  | $99,889.92 |  |  | 4,039 |  | $47,845.99 |

*LIFO Losses in Canaan Inc. ADRs*    ($52,043.93)

* Post-class sales price adjusted per PSLRA.