# EXHIBIT C

## DECLARATION OF MAHINDERJIT SINGH, M.D.

I, Mahinderjit Singh, M.D., pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I respectfully submit this Declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel in the class action litigation pending against Canaan Inc. ("Canaan" or the "Company"). I have personal knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.    I am a resident of New York. I am a Psychiatrist and I received my Doctor of Medicine degree from Shri Krishna Medical College in India. I have been investing in the stock market for several years.

3.    As set forth in my motion for appointment as Lead Plaintiff, I suffered substantial losses as a result of my investments in Canaan American Depositary Receipts ("ADRs") during the Class Period. I personally made the investment decisions in connection with each of these transactions and transacted them myself through my personal investment and IRA accounts.

4.    I am familiar with the facts and circumstances relating to the pending class action lawsuit involving Canaan. After reviewing several press releases concerning the lawsuit filed against Canaan, I contacted and discussed the pending litigation with several law firms, including Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). Prior to retaining Kessler Topaz and filing my motion, I had multiple discussions with attorneys from Kessler Topaz, including an in-person meeting and via telephone and email, regarding the litigation against Canaan, the possibility of serving as a lead plaintiff on behalf of other Canaan investors, and the duties and responsibilities that I would assume if appointed as lead plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA").

5.    I was informed and understand that I am under no obligation to seek appointment as lead plaintiff or to retain Kessler Topaz or any other firm to represent me in this litigation. I am aware that I am free to select any qualified law firm to act as my counsel in this case, and that multiple law firms have issued press releases concerning this action. As noted above, prior to

retaining Kessler Topaz, I interviewed and considered other law firms to represent me and the class in this litigation.

6.    After being advised of Kessler Topaz's experience representing investors in securities fraud class action lawsuits as lead counsel, I affirmatively decided to retain Kessler Topaz to file a motion on my behalf seeking appointment as lead plaintiff.  In connection with my decision, I provided counsel with information regarding all of my Class Period transactions in Canaan ADRs.  I understand the responsibilities and obligations with which a lead plaintiff is charged under the PSLRA, which include acting as a fiduciary for all class members, staying informed about the litigation, and overseeing lead counsel.  I accept these responsibilities and am willing to oversee the vigorous prosecution of this litigation in order to maximize the class's recovery and I have authorized Kessler Topaz to seek appointment as lead counsel.  I have also negotiated a competitive attorneys' fee agreement that is memorialized in the retention agreement I executed with Kessler Topaz before my motion was filed.

7.    I will remain involved in this litigation after the filing of my motion, including having discussions with attorneys from Kessler Topaz regarding my motion and the competing motions, if any, filed by other movants.  Based on the significance of my losses, I am highly motivated, through my oversight of my chosen counsel, to recover the maximum amount possible for my fellow investors.

8.    I understand the obligations of a lead plaintiff under the PSLRA, including participating in depositions, settlement mediations, and hearings as needed.  I also understand and accept my responsibility to communicating regularly with counsel regarding the litigation, including reviewing and authorizing the filing of important litigation documents.  I hereby reaffirm my commitment to satisfying these obligations and obtaining the greatest possible recovery for the class. I also understand that a lead plaintiff is required to direct counsel, which I am prepared to do throughout this litigation.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements

relating to me are true and correct to the best of my knowledge.

Executed: ___6/14/2021_____    _____     _____

Mahinderjit Singh, M.D.