**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-03299-JPC |
| Plaintiff, | |
| v. | |
| CANAAN INC., NANGENG ZHANG, and TONG HE, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered the motion of Dr. Syed Ali for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Dr. Syed Ali as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2021         _____
                                            HON. JOHN P. CRONAN
                                            UNITED STATES DISTRICT JUDGE