## Loss Chart

**Company Name:**    Canaan Inc.
**Ticker:**    CAN
**Class Period:**    February 10, 2021 to April 9, 2021
**Name:**    Syed Ali

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/18/2021 | 1,000 | $29.77 | -$29,772.4000 | | $0.0000 | -$29,772.40 |
| 3/18/2021 | 50 | $28.67 | -$1,433.4950 | | $0.0000 | -$1,433.50 |
| 3/18/2021 | 950 | $28.65 | -$27,217.5000 | | $0.0000 | -$27,217.50 |
| 3/19/2021 | 1,000 | $27.50 | -$27,500.0000 | | $0.0000 | -$27,500.00 |
| 3/22/2021 | 25 | $24.61 | -$615.2475 | | $0.0000 | -$615.25 |
| 3/22/2021 | 475 | $24.60 | -$11,686.9475 | | $0.0000 | -$11,686.95 |
| 3/22/2021 | 500 | $22.10 | -$11,050.0000 | | $0.0000 | -$11,050.00 |
| 3/26/2021 | 620 | $16.69 | -$10,347.8000 | | $0.0000 | -$10,347.80 |
| 3/26/2021 | 80 | $16.69 | -$1,335.1920 | | $0.0000 | -$1,335.19 |
| 3/26/2021 | 200 | $16.69 | -$3,337.0000 | | $0.0000 | -$3,337.00 |
| 3/26/2021 | 100 | $16.68 | -$1,668.0000 | | $0.0000 | -$1,668.00 |
| 4/9/2021 | 105 | $18.20 | -$1,911.0000 | | $0.0000 | -$1,911.00 |
| 4/9/2021 | 568 | $18.37 | -$10,434.1600 | | $0.0000 | -$10,434.16 |
| 4/9/2021 | 332 | $18.36 | -$6,095.5200 | | $0.0000 | -$6,095.52 |
| 4/9/2021 | -59 | | $0.0000 | $18.48 | $1,090.3200 | $1,090.32 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,946** | | | | **Subtotal:** | **-$143,313.94** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $65,662.76 |
| | | | $11.0432 | 5,946 | **Total:** | **-$77,651.18** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between April 12, 2021 and  June 11, 2021.