UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CANAAN INC., NANGENG ZHANG and TONG HE,<br><br>Defendants. | Case No.  1:21-cv-03299-JPC |

NOTICE OF MOTION OF CHEN LIN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Chen Lin ("Lin"), by and through her counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Lin as Lead Plaintiff on behalf of all purchasers of the American Depositary Receipts of Canaan Inc. between February 10, 2021 and April 9, 2021 (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Dated:  June 14, 2021                                    Respectfully submitted,

                                                                          POMERANTZ LLP

                                                                          */s/ Jeremy A. Lieberman*
                                                                          Jeremy A. Lieberman
                                                                          J. Alexander Hood II
                                                                          James M. LoPiano
                                                                          600 Third Avenue
                                                                          New York, New York 10016
                                                                          Telephone: (212) 661-1100
                                                                          Facsimile: (212) 661-8665
                                                                          jalieberman@pomlaw.com
                                                                          ahood@pomlaw.com
                                                                          jlopiano@pomlaw.com

                                                                          *Counsel for Chen Lin and Proposed Lead Counsel for the Class*

1