UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CANAAN INC., NANGENG ZHANG and TONG HE, <br><br> Defendants. | Case No.  1:21-cv-03299-JPC |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF CHEN LIN FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.  I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Chen Lin ("Lin"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Lin's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of her selection of Pomerantz as Lead Counsel for the Class in the Action.

2.  Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:  Chart reflecting the financial interest of Lin in the Action;

Exhibit B:  Press release published over *Business Wire* on April 15, 2021, announcing the pendency of the Action;

Exhibit C:  Shareholder Certification executed by Lin;

Exhibit D:  Declaration executed by Lin; and

Exhibit E:  Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 14, 2021.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1