# EXHIBIT A

**Canaan Inc. (CAN)**
**Class Period: February 10, 2021 to April 9, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase Date | Quantity | Price | Amount | Sales Date | Quantity | Price | Amount | End-of-Class ADRs Retained | Post-Class ADRs Retained | 61-Day* Mean Price $11.0432 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lin, Chen |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Account 1 | ADR |  |  |  |  | PreClass | 9,916 |  |  |  |  |  |  |
| Account 1 | ADR | 2/11/2021 | 9 | $9.5600 | ($86) | 2/22/2021 | (30) | $22.7600 | $683 |  |  |  |  |
| Account 1 | ADR | 2/22/2021 | 7 | $22.7500 | ($159) | 2/22/2021 | (1,925) | $23.1600 | $44,583 |  |  |  |  |
| Account 1 | ADR | 3/3/2021 | 423 | $23.4300 | ($9,911) | 2/22/2021 | (3,970) | $22.7500 | $90,318 |  |  |  |  |
| Account 1 | ADR | 3/10/2021 | 8,000 | $28.6600 | ($229,280) |  |  |  |  |  |  |  |  |
| Account 1 | ADR | 3/10/2021 | 5,700 | $29.2500 | ($166,725) |  |  |  |  |  |  |  |  |
| Account 1 | ADR | 3/10/2021 | 689 | $29.0100 | ($19,988) |  |  |  |  |  |  |  |  |
| Account 1 | ADR | 3/10/2021 | 8 | $29.4100 | ($235) |  |  |  |  |  |  |  |  |
| **Account 1** | **ADR** |  | **14,836** |  | **($426,384)** |  | **(5,925)** |  | **$135,583** | **14,836** | **14,836** | **$163,837** | **($262,548)** |
| Account 2 | ADR | 3/2/2021 | 1,000 | $21.0800 | ($21,080) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/2/2021 | 1,000 | $21.0300 | ($21,030) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/3/2021 | 1,000 | $24.8285 | ($24,829) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/3/2021 | 1,000 | $24.6600 | ($24,660) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/3/2021 | 1,000 | $24.8100 | ($24,810) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/3/2021 | 1,500 | $24.8100 | ($37,215) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/3/2021 | 1,000 | $24.6800 | ($24,680) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/8/2021 | 800 | $20.4600 | ($16,368) |  |  |  |  |  |  |  |  |
| Account 2 | ADR | 3/8/2021 | 700 | $20.5550 | ($14,389) |  |  |  |  |  |  |  |  |
| **Account 2** | **ADR** |  | **9,000** |  | **($209,060)** |  |  |  |  | **9,000** | **9,000** | **$99,389** | **($109,671)** |
| Summary |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Account 1 |  |  | 14,836 |  | ($426,384) |  | (5,925) |  | $135,583 | 14,836 | 14,836 |  | ($262,548) |
| Account 2 |  |  | 9,000 |  | ($209,060) |  | 0 |  | $0 | 9,000 | 9,000 |  | ($109,671) |
| **Lin, Chen** |  |  | **23,836** |  | **($635,444)** |  | **(5,925)** |  | **$135,583** | **23,836** | **23,836** |  | **($372,219)** |

*Avg Closing Prices from April 12 to June 11