**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:21-cv-03299-JPC-SDA |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANAAN INC., NANGENG ZHANG and TONG HE, | |
| Defendants. | |

**NOTICE OF MOTION AND MOTION OF**
**BILL LU AND LIYING HUANG FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Bill Lu and Liying Huang (husband and wife, and together, "Movant") will and hereby does respectfully move this Court for an Order: (1) appointing Movant as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, on behalf of a class consisting of all purchasers, other than defendants, of the American Depositary Receipts ("ADRs") of Canaan Inc. between February 10, 2021 and April 9, 2021; (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. ("BES") as Lead Counsel for the putative class; and (3) granting such other and further relief as the Court may deem just and proper.

This Motion is made and based on this Notice, the accompanying Memorandum of Law, the Declaration of Marion C. Passmore, the [Proposed] Order Appointing Movant as Lead Plaintiff and Approving Movant's Selection of BES as Lead Counsel, and such other materials, evidence, and argument as may be presented at or prior to a hearing on the Motion.

DATED: June 14, 2021                                Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

By: */s/ Marion C. Passmore*
Marion C. Passmore
Melissa A. Fortunato
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone:  (212) 308-5858
Facsimile:  (212) 214-0506
Email: passmore@bespc.com
Email: fortunato@bespc.com

1

2

*Counsel for Movant and Proposed*
*Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I, Marion C. Passmore, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 14th day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

3