**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:21-cv-03299-JPC-SDA |
| Plaintiff, | CLASS ACTION |
| v. | |
| CANAAN INC., NANGENG ZHANG and TONG HE, | |
| Defendants. | |

**DECLARATION OF MARION C.**
**PASSMORE IN SUPPORT OF THE MOTION**
**OF BILL LU AND LIYING HUANG FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Marion C. Passmore, hereby declare as follows:

1.    I am Of Counsel with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Bill Lu and Liying Huang (husband and wife, and together "Movant") and proposed lead counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    Private Securities Litigation Reform Act of 1995 certifications signed by Movant, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:    Loss Chart detailing Movant's estimated combined financial losses;

Exhibit 3:    Press release published April 15, 2021, on *Business Wire* announcing the pendency of the securities class action against defendants herein:  *Denny v. Canaan Inc., et al.*, Case No. 1:21-cv-03299-JPC-SDA; and

Exhibit 4:    Bragar Eagel & Squire, P.C. firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 14th day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

1