# EXHIBIT 2

**Canaan Inc.**

| | |
|---|---|
| Company Name | Canaan Inc. |
| Ticker Symbol | CAN |
| Security Type | Common Stock |
| Class Period Start | 02/10/2021 |
| Class Period End | 04/09/2021 |
| 90-DAY Lookback Period Start | 04/10/2021 |
| 90-DAY Lookback Period End | 06/14/2021 |
| 90-DAY Lookback Average | $11.0267 |

| **Movant** | **Loss** |
|---|---|
| Liying Huang | ($1,233,347.81) |
| Bill Lu | ($87,957.57) |
| **Total Loss** | **($1,321,305.38)** |

| Client Name | Liying Huang |
| --- | --- |
| Company Name | Canaan Inc. |
| Ticker Symbol | CAN |
| Security Type | Common Stock |
| Class Period Start | 02/10/2021 |
| Class Period End | 04/09/2021 |
| 90-DAY Lookback Period Start | 04/10/2021 |
| 90-DAY Lookback Period End | 06/14/2021 |
| 90-DAY Lookback Average | $11.0267 |
| Pre Class Period Holdings | 1,999 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | ($1,233,347.81) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 3/2/2021 | 10,000.00 | $21.70 | ($217,000.00) | | | ($217,000.00) |
| 3/3/2021 | 5,607.00 | $24.72 | ($138,605.04) | | | ($355,605.04) |
| 3/3/2021 | 900.00 | $24.71 | ($22,239.00) | | | ($377,844.04) |
| 3/3/2021 | 100.00 | $24.70 | ($2,470.00) | | | ($380,314.04) |
| 3/3/2021 | 25.00 | $24.70 | ($617.50) | | | ($380,931.54) |
| 3/3/2021 | 338.00 | $24.70 | ($8,348.60) | | | ($389,280.14) |
| 3/3/2021 | 100.00 | $24.70 | ($2,470.00) | | | ($391,750.14) |
| 3/3/2021 | 133.00 | $24.70 | ($3,285.10) | | | ($395,035.24) |
| 3/3/2021 | 133.00 | $24.70 | ($3,285.10) | | | ($398,320.34) |
| 3/3/2021 | 88.00 | $24.70 | ($2,173.60) | | | ($400,493.94) |
| 3/3/2021 | 88.00 | $24.70 | ($2,173.60) | | | ($402,667.54) |
| 3/3/2021 | 88.00 | $24.70 | ($2,173.60) | | | ($404,841.14) |
| 3/3/2021 | 100.00 | $24.69 | ($2,469.00) | | | ($407,310.14) |
| 3/3/2021 | 200.00 | $24.70 | ($4,940.00) | | | ($412,250.14) |
| 3/3/2021 | 100.00 | $24.70 | ($2,470.00) | | | ($414,720.14) |
| 3/3/2021 | 100.00 | $24.70 | ($2,470.00) | | | ($417,190.14) |
| 3/3/2021 | 100.00 | $24.69 | ($2,469.00) | | | ($419,659.14) |
| 3/3/2021 | 600.00 | $24.66 | ($14,796.00) | | | ($434,455.14) |
| 3/3/2021 | 600.00 | $24.66 | ($14,796.00) | | | ($449,251.14) |
| 3/3/2021 | 100.00 | $24.65 | ($2,465.00) | | | ($451,716.14) |
| 3/3/2021 | 100.00 | $24.64 | ($2,464.00) | | | ($454,180.14) |
| 3/3/2021 | 200.00 | $24.64 | ($4,928.00) | | | ($459,108.14) |
| 3/3/2021 | 100.00 | $24.64 | ($2,464.00) | | | ($461,572.14) |
| 3/3/2021 | 100.00 | $24.64 | ($2,464.00) | | | ($464,036.14) |
| 3/10/2021 | 10,000.00 | $27.00 | ($270,000.00) | | | ($734,036.14) |
| 3/12/2021 | 4,868.00 | $38.09 | ($185,422.12) | | | ($919,458.26) |
| 3/12/2021 | 100.00 | $38.09 | ($3,809.00) | | | ($923,267.26) |
| 3/12/2021 | 200.00 | $38.09 | ($7,618.00) | | | ($930,885.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | | | ($934,693.26) |
| 3/12/2021 | 200.00 | $38.08 | ($7,616.00) | | | ($942,309.26) |
| 3/12/2021 | 200.00 | $38.08 | ($7,616.00) | | | ($949,925.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | | | ($953,733.26) |

| Date | Quantity | Price | Amount | Balance |
|---|---|---|---|---|
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($957,541.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($961,349.26) |
| 3/12/2021 | 200.00 | $38.08 | ($7,616.00) | ($968,965.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($972,773.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($976,581.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($980,389.26) |
| 3/12/2021 | 200.00 | $38.07 | ($7,614.00) | ($988,003.26) |
| 3/12/2021 | 200.00 | $38.08 | ($7,616.00) | ($995,619.26) |
| 3/12/2021 | 100.00 | $38.08 | ($3,808.00) | ($999,427.26) |
| 3/12/2021 | 100.00 | $38.07 | ($3,807.00) | ($1,003,234.26) |
| 3/12/2021 | 50.00 | $38.07 | ($1,903.50) | ($1,005,137.76) |
| 3/12/2021 | 2.00 | $38.07 | ($76.14) | ($1,005,213.90) |
| 3/12/2021 | 100.00 | $38.07 | ($3,807.00) | ($1,009,020.90) |
| 3/12/2021 | 18.00 | $38.05 | ($684.90) | ($1,009,705.80) |
| 3/12/2021 | 62.00 | $38.05 | ($2,359.10) | ($1,012,064.90) |
| 3/12/2021 | 100.00 | $38.05 | ($3,805.00) | ($1,015,869.90) |
| 3/12/2021 | 2.00 | $38.05 | ($76.10) | ($1,015,946.00) |
| 3/12/2021 | 18.00 | $38.04 | ($684.72) | ($1,016,630.72) |
| 3/12/2021 | 20.00 | $38.03 | ($760.60) | ($1,017,391.32) |
| 3/12/2021 | 100.00 | $38.03 | ($3,803.00) | ($1,021,194.32) |
| 3/12/2021 | 100.00 | $38.02 | ($3,802.00) | ($1,024,996.32) |
| 3/12/2021 | 1,160.00 | $38.02 | ($44,103.20) | ($1,069,099.52) |
| 3/12/2021 | 200.00 | $38.00 | ($7,600.00) | ($1,076,699.52) |
| 3/12/2021 | 100.00 | $38.00 | ($3,800.00) | ($1,080,499.52) |
| 3/12/2021 | 100.00 | $38.00 | ($3,800.00) | ($1,084,299.52) |
| 3/12/2021 | 100.00 | $38.00 | ($3,800.00) | ($1,088,099.52) |
| 3/12/2021 | 200.00 | $38.00 | ($7,600.00) | ($1,095,699.52) |
| 3/12/2021 | 100.00 | $38.00 | ($3,800.00) | ($1,099,499.52) |
| 3/12/2021 | 100.00 | $37.99 | ($3,799.00) | ($1,103,298.52) |
| 3/12/2021 | 100.00 | $37.99 | ($3,799.00) | ($1,107,097.52) |
| 3/12/2021 | 100.00 | $37.99 | ($3,799.00) | ($1,110,896.52) |
| 3/12/2021 | 100.00 | $37.99 | ($3,799.00) | ($1,114,695.52) |
| 3/15/2021 | 16,000.00 | $33.09 | ($529,440.00) | ($1,644,135.52) |
| 3/15/2021 | 91.00 | $33.10 | ($3,012.10) | ($1,647,147.62) |
| 3/15/2021 | 400.00 | $33.10 | ($13,240.00) | ($1,660,387.62) |
| 3/15/2021 | 42.00 | $33.10 | ($1,390.20) | ($1,661,777.82) |
| 3/15/2021 | 300.00 | $33.10 | ($9,930.00) | ($1,671,707.82) |
| 3/15/2021 | 206.00 | $33.10 | ($6,818.60) | ($1,678,526.42) |
| 3/15/2021 | 39.00 | $33.10 | ($1,290.90) | ($1,679,817.32) |
| 3/15/2021 | 388.00 | $33.10 | ($12,842.80) | ($1,692,660.12) |
| 3/15/2021 | 582.00 | $33.10 | ($19,264.20) | ($1,711,924.32) |
| 3/15/2021 | 90.00 | $33.10 | ($2,979.00) | ($1,714,903.32) |
| 3/15/2021 | 90.00 | $33.10 | ($2,979.00) | ($1,717,882.32) |
| 3/15/2021 | 90.00 | $33.10 | ($2,979.00) | ($1,720,861.32) |
| 3/15/2021 | 90.00 | $33.10 | ($2,979.00) | ($1,723,840.32) |

| Date | Quantity | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/15/2021 | 174.00 | $33.10 | ($5,759.40) | | | ($1,729,599.72) |
| 3/15/2021 | 180.00 | $33.10 | ($5,958.00) | | | ($1,735,557.72) |
| 3/15/2021 | 238.00 | $33.10 | ($7,877.80) | | | ($1,743,435.52) |
| 3/15/2021 | 312.00 | $33.10 | ($10,327.20) | | | ($1,753,762.72) |
| 3/15/2021 | 396.00 | $33.10 | ($13,107.60) | | | ($1,766,870.32) |
| 3/15/2021 | 43.00 | $33.10 | ($1,423.30) | | | ($1,768,293.62) |
| 3/15/2021 | 249.00 | $33.10 | ($8,241.90) | | | ($1,776,535.52) |
| 3/15/2021 | 4,147.00 | $33.50 | ($138,924.50) | | | ($1,915,460.02) |
| 3/15/2021 | 5,853.00 | $33.50 | ($196,075.50) | | | ($2,111,535.52) |
| 3/22/2021 | 9,000.00 | $25.85 | ($232,650.00) | | | ($2,344,185.52) |
| 3/22/2021 | 300.00 | $25.85 | ($7,755.00) | | | ($2,351,940.52) |
| 3/22/2021 | 100.00 | $25.85 | ($2,585.00) | | | ($2,354,525.52) |
| 3/22/2021 | 300.00 | $25.85 | ($7,755.00) | | | ($2,362,280.52) |
| 3/22/2021 | 100.00 | $25.85 | ($2,585.00) | | | ($2,364,865.52) |
| 3/22/2021 | 100.00 | $25.85 | ($2,585.00) | | | ($2,367,450.52) |
| 3/22/2021 | 100.00 | $25.84 | ($2,584.00) | | | ($2,370,034.52) |
| 4/12/2021 | -4,800.00 | | | $14.20 | $68,160.00 | ($2,301,874.52) |
| 4/12/2021 | -20,000.00 | | | $14.20 | $284,000.00 | ($2,017,874.52) |
| 4/12/2021 | -4,158.00 | | | $14.20 | $59,043.60 | ($1,958,830.92) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,957,410.92) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,955,990.92) |
| 4/12/2021 | -2,300.00 | | | $14.20 | $32,660.00 | ($1,923,330.92) |
| 4/12/2021 | -13.00 | | | $14.20 | $184.60 | ($1,923,146.32) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,921,726.32) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,920,306.32) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,918,886.32) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,917,466.32) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,916,046.32) |
| 4/12/2021 | -11.00 | | | $14.20 | $156.20 | ($1,915,890.12) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,914,470.12) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,913,050.12) |
| 4/12/2021 | -70.00 | | | $14.20 | $994.00 | ($1,912,056.12) |
| 4/12/2021 | -500.00 | | | $14.20 | $7,100.00 | ($1,904,956.12) |
| 4/12/2021 | -600.00 | | | $14.20 | $8,520.00 | ($1,896,436.12) |
| 4/12/2021 | -600.00 | | | $14.20 | $8,520.00 | ($1,887,916.12) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,886,496.12) |
| 4/12/2021 | -100.00 | | | $14.20 | $1,420.00 | ($1,885,076.12) |
| 4/12/2021 | -33.00 | | | $14.21 | $468.93 | ($1,884,607.19) |
| 4/12/2021 | -92.00 | | | $14.21 | $1,307.32 | ($1,883,299.87) |
| 4/12/2021 | -600.00 | | | $14.21 | $8,526.00 | ($1,874,773.87) |
| 4/12/2021 | -600.00 | | | $14.22 | $8,532.00 | ($1,866,241.87) |
| 4/12/2021 | -200.00 | | | $14.22 | $2,844.00 | ($1,863,397.87) |
| 4/12/2021 | -100.00 | | | $14.22 | $1,422.00 | ($1,861,975.87) |
| 4/12/2021 | -600.00 | | | $14.22 | $8,532.00 | ($1,853,443.87) |
| 4/12/2021 | -19.00 | | | $14.22 | $270.18 | ($1,853,173.69) |

| Date | Amount | Price | Value | Balance |
|---|---|---|---|---|
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,851,751.69) |
| 4/12/2021 | -700.00 | $14.22 | $9,954.00 | ($1,841,797.69) |
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,840,375.69) |
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,838,953.69) |
| 4/12/2021 | -60.00 | $14.22 | $853.20 | ($1,838,100.49) |
| 4/12/2021 | -16.00 | $14.22 | $227.52 | ($1,837,872.97) |
| 4/12/2021 | -49.00 | $14.22 | $696.78 | ($1,837,176.19) |
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,835,754.19) |
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,834,332.19) |
| 4/12/2021 | -200.00 | $14.22 | $2,844.00 | ($1,831,488.19) |
| 4/12/2021 | -500.00 | $14.22 | $7,110.00 | ($1,824,378.19) |
| 4/12/2021 | -200.00 | $14.22 | $2,844.00 | ($1,821,534.19) |
| 4/12/2021 | -1,100.00 | $14.22 | $15,642.00 | ($1,805,892.19) |
| 4/12/2021 | -279.00 | $14.22 | $3,967.38 | ($1,801,924.81) |
| 4/12/2021 | -4,008.00 | $14.16 | $56,753.28 | ($1,745,171.53) |
| 4/12/2021 | -100.00 | $14.18 | $1,418.00 | ($1,743,753.53) |
| 4/12/2021 | -120.00 | $14.18 | $1,701.60 | ($1,742,051.93) |
| 4/12/2021 | -15.00 | $14.18 | $212.70 | ($1,741,839.23) |
| 4/12/2021 | -36.00 | $14.18 | $510.48 | ($1,741,328.75) |
| 4/12/2021 | -160.00 | $14.18 | $2,268.80 | ($1,739,059.95) |
| 4/12/2021 | -40.00 | $14.18 | $567.20 | ($1,738,492.75) |
| 4/12/2021 | -2.00 | $14.18 | $28.36 | ($1,738,464.39) |
| 4/12/2021 | -100.00 | $14.18 | $1,418.00 | ($1,737,046.39) |
| 4/12/2021 | -1,000.00 | $14.18 | $14,180.00 | ($1,722,866.39) |
| 4/12/2021 | -50.00 | $14.18 | $709.00 | ($1,722,157.39) |
| 4/12/2021 | -100.00 | $14.19 | $1,419.00 | ($1,720,738.39) |
| 4/12/2021 | -4.00 | $14.20 | $56.80 | ($1,720,681.59) |
| 4/12/2021 | -1.00 | $14.20 | $14.20 | ($1,720,667.39) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,719,247.39) |
| 4/12/2021 | -30.00 | $14.20 | $426.00 | ($1,718,821.39) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,717,401.39) |
| 4/12/2021 | -2.00 | $14.20 | $28.40 | ($1,717,372.99) |
| 4/12/2021 | -400.00 | $14.20 | $5,680.00 | ($1,711,692.99) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,710,272.99) |
| 4/12/2021 | -80.00 | $14.20 | $1,136.00 | ($1,709,136.99) |
| 4/12/2021 | -200.00 | $14.20 | $2,840.00 | ($1,706,296.99) |
| 4/12/2021 | -10.00 | $14.20 | $142.00 | ($1,706,154.99) |
| 4/12/2021 | -20.00 | $14.20 | $284.00 | ($1,705,870.99) |
| 4/12/2021 | -11.00 | $14.20 | $156.20 | ($1,705,714.79) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,704,294.79) |
| 4/12/2021 | -150.00 | $14.20 | $2,130.00 | ($1,702,164.79) |
| 4/12/2021 | -200.00 | $14.20 | $2,840.00 | ($1,699,324.79) |
| 4/12/2021 | -50.00 | $14.20 | $710.00 | ($1,698,614.79) |
| 4/12/2021 | -400.00 | $14.20 | $5,680.00 | ($1,692,934.79) |
| 4/12/2021 | -800.00 | $14.20 | $11,360.00 | ($1,681,574.79) |

| Date | Quantity | Price | Amount | Balance |
|---|---|---|---|---|
| 4/12/2021 | -300.00 | $14.20 | $4,260.00 | ($1,677,314.79) |
| 4/12/2021 | -15.00 | $14.20 | $213.00 | ($1,677,101.79) |
| 4/12/2021 | -40.00 | $14.20 | $568.00 | ($1,676,533.79) |
| 4/12/2021 | -8.00 | $14.20 | $113.60 | ($1,676,420.19) |
| 4/12/2021 | -20.00 | $14.20 | $284.00 | ($1,676,136.19) |
| 4/12/2021 | -45.00 | $14.20 | $639.00 | ($1,675,497.19) |
| 4/12/2021 | -50.00 | $14.20 | $710.00 | ($1,674,787.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,673,367.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,671,947.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,670,527.19) |
| 4/12/2021 | -300.00 | $14.20 | $4,260.00 | ($1,666,267.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,664,847.19) |
| 4/12/2021 | -10.00 | $14.20 | $142.00 | ($1,664,705.19) |
| 4/12/2021 | -55.00 | $14.20 | $781.00 | ($1,663,924.19) |
| 4/12/2021 | -50.00 | $14.20 | $710.00 | ($1,663,214.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,661,794.19) |
| 4/12/2021 | -150.00 | $14.20 | $2,130.00 | ($1,659,664.19) |
| 4/12/2021 | -1,800.00 | $14.20 | $25,560.00 | ($1,634,104.19) |
| 4/12/2021 | -210.00 | $14.20 | $2,982.00 | ($1,631,122.19) |
| 4/12/2021 | -300.00 | $14.20 | $4,260.00 | ($1,626,862.19) |
| 4/12/2021 | -10.00 | $14.20 | $142.00 | ($1,626,720.19) |
| 4/12/2021 | -20.00 | $14.20 | $284.00 | ($1,626,436.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,625,016.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,623,596.19) |
| 4/12/2021 | -400.00 | $14.20 | $5,680.00 | ($1,617,916.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,616,496.19) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,615,076.19) |
| 4/12/2021 | -3.00 | $14.20 | $42.60 | ($1,615,033.59) |
| 4/12/2021 | -250.00 | $14.20 | $3,550.00 | ($1,611,483.59) |
| 4/12/2021 | -500.00 | $14.20 | $7,100.00 | ($1,604,383.59) |
| 4/12/2021 | -800.00 | $14.20 | $11,360.00 | ($1,593,023.59) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,591,603.59) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,590,183.59) |
| 4/12/2021 | -400.00 | $14.20 | $5,680.00 | ($1,584,503.59) |
| 4/12/2021 | -100.00 | $14.20 | $1,420.00 | ($1,583,083.59) |
| 4/12/2021 | -1.00 | $14.20 | $14.20 | ($1,583,069.39) |
| 4/12/2021 | -50.00 | $14.20 | $710.00 | ($1,582,359.39) |
| 4/12/2021 | -50.00 | $14.20 | $710.00 | ($1,581,649.39) |
| 4/12/2021 | -1,000.00 | $14.20 | $14,200.00 | ($1,567,449.39) |
| 4/12/2021 | -100.00 | $14.21 | $1,421.00 | ($1,566,028.39) |
| 4/12/2021 | -2.00 | $14.21 | $28.42 | ($1,565,999.97) |
| 4/12/2021 | -137.00 | $14.21 | $1,946.77 | ($1,564,053.20) |
| 4/12/2021 | -1.00 | $14.21 | $14.21 | ($1,564,038.99) |
| 4/12/2021 | -100.00 | $14.21 | $1,421.00 | ($1,562,617.99) |
| 4/12/2021 | -100.00 | $14.22 | $1,422.00 | ($1,561,195.99) |

| | | | | |
|---|---|---|---|---|
| 4/12/2021 | -73.00 | | $14.22 | $1,038.06 | ($1,560,157.93) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,558,735.93) |
| 4/12/2021 | -50.00 | | $14.22 | $711.00 | ($1,558,024.93) |
| 4/12/2021 | -200.00 | | $14.22 | $2,844.00 | ($1,555,180.93) |
| 4/12/2021 | -1.00 | | $14.22 | $14.22 | ($1,555,166.71) |
| 4/12/2021 | -2,000.00 | | $14.22 | $28,440.00 | ($1,526,726.71) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,525,304.71) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,523,882.71) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,522,460.71) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,521,038.71) |
| 4/12/2021 | -100.00 | | $14.22 | $1,422.00 | ($1,519,616.71) |
| 4/12/2021 | -10.00 | | $14.23 | $142.30 | ($1,519,474.41) |
| 4/12/2021 | -70.00 | | $14.25 | $997.50 | ($1,518,476.91) |
| 4/12/2021 | -10.00 | | $14.25 | $142.50 | ($1,518,334.41) |
| 4/12/2021 | -20.00 | | $14.26 | $285.20 | ($1,518,049.21) |
| 4/12/2021 | -12,860.00 | | $14.23 | $182,997.80 | ($1,335,051.41) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,333,627.41) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,332,203.41) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,330,779.41) |
| 4/12/2021 | -1,916.00 | | $14.24 | $27,283.84 | ($1,303,495.57) |
| 4/12/2021 | -24.00 | | $14.24 | $341.76 | ($1,303,153.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,301,729.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,300,305.81) |
| 4/12/2021 | -200.00 | | $14.24 | $2,848.00 | ($1,297,457.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,296,033.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,294,609.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,293,185.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,291,761.81) |
| 4/12/2021 | -700.00 | | $14.24 | $9,968.00 | ($1,281,793.81) |
| 4/12/2021 | -300.00 | | $14.24 | $4,272.00 | ($1,277,521.81) |
| 4/12/2021 | -100.00 | | $14.24 | $1,424.00 | ($1,276,097.81) |
| 4/12/2021 | -200.00 | | $14.25 | $2,850.00 | ($1,273,247.81) |
| 4/12/2021 | -100.00 | | $14.25 | $1,425.00 | ($1,271,822.81) |
| 4/12/2021 | -400.00 | | $14.25 | $5,700.00 | ($1,266,122.81) |
| 4/12/2021 | -1,100.00 | | $14.25 | $15,675.00 | ($1,250,447.81) |
| 4/12/2021 | -1,100.00 | | $14.25 | $15,675.00 | ($1,234,772.81) |
| 4/12/2021 | -100.00 | | $14.25 | $1,425.00 | ($1,233,347.81) |
| **Retained Shares:** | 0 | | | **Subtotal** | ($1,233,347.81) |
| | | | | **Retained Share Value** | $0.00 |
| | | | | **Total** | ($1,233,347.81) |

| Client Name | Bill Lu |
| Company Name | Canaan Inc. |
| Ticker Symbol | CAN |
| Security Type | Common Stock |
| Class Period Start | 02/10/2021 |
| Class Period End | 04/09/2021 |
| 90-DAY Lookback Period Start | 04/10/2021 |
| 90-DAY Lookback Period End | 06/14/2021 |
| 90-DAY Lookback Average | $11.0267 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
| --- | --- |
| LIFO Loss Total | ($87,957.57) |
| Net Shares Retained | 0.00 |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 3/2/2021 | 7,000.00 | $21.17 | (148,190.00) | | | ($148,190.00) |
| 3/2/2021 | 90.00 | $21.17 | (1,905.30) | | | ($150,095.30) |
| 3/2/2021 | 50.00 | $21.17 | (1,058.50) | | | ($151,153.80) |
| 3/2/2021 | 250.00 | $21.17 | (5,292.50) | | | ($156,446.30) |
| 3/2/2021 | 900.00 | $21.17 | (19,053.00) | | | ($175,499.30) |
| 3/2/2021 | 160.00 | $21.17 | (3,387.20) | | | ($178,886.50) |
| 3/2/2021 | 1,550.00 | $21.17 | (32,813.50) | | | ($211,700.00) |
| 3/3/2021 | 5,000.00 | $24.45 | (122,250.00) | | | ($333,950.00) |
| 3/9/2021 | 2,300.00 | $29.25 | (67,275.00) | | | ($401,225.00) |
| 3/9/2021 | 5,419.00 | $29.25 | (158,505.75) | | | ($559,730.75) |
| 3/9/2021 | 100.00 | $29.24 | (2,924.00) | | | ($562,654.75) |
| 3/9/2021 | 5.00 | $29.24 | (146.20) | | | ($562,800.95) |
| 3/9/2021 | 50.00 | $29.23 | (1,461.50) | | | ($564,262.45) |
| 3/9/2021 | 100.00 | $29.21 | (2,921.00) | | | ($567,183.45) |
| 3/9/2021 | 90.00 | $29.18 | (2,626.20) | | | ($569,809.65) |
| 3/9/2021 | 45.00 | $29.18 | (1,313.10) | | | ($571,122.75) |
| 3/9/2021 | 87.00 | $29.17 | (2,537.79) | | | ($573,660.54) |
| 3/9/2021 | 10.00 | $29.17 | (291.70) | | | ($573,952.24) |
| 3/9/2021 | 1.00 | $29.17 | (29.17) | | | ($573,981.41) |
| 3/9/2021 | 200.00 | $29.20 | (5,840.00) | | | ($579,821.41) |
| 3/9/2021 | 100.00 | $29.19 | (2,919.00) | | | ($582,740.41) |
| 3/9/2021 | 385.00 | $29.19 | (11,238.15) | | | ($593,978.56) |
| 3/9/2021 | 630.00 | $29.19 | (18,389.70) | | | ($612,368.26) |
| 3/9/2021 | 200.00 | $29.20 | (5,840.00) | | | ($618,208.26) |
| 3/9/2021 | 20.00 | $29.20 | (584.00) | | | ($618,792.26) |
| 3/9/2021 | 25.00 | $29.20 | (730.00) | | | ($619,522.26) |
| 3/9/2021 | 1,000.00 | $29.20 | (29,200.00) | | | ($648,722.26) |
| 3/9/2021 | 630.00 | $29.19 | (18,389.70) | | | ($667,111.96) |

| 3/9/2021 | 10.00 | $29.20 | (292.00) | ($667,403.96) |
|---|---|---|---|---|
| 3/9/2021 | 100.00 | $29.19 | (2,919.00) | ($670,322.96) |
| 3/9/2021 | 300.00 | $29.19 | (8,757.00) | ($679,079.96) |
| 3/9/2021 | 100.00 | $29.06 | (2,906.00) | ($681,985.96) |
| 3/9/2021 | 3.00 | $29.19 | (87.57) | ($682,073.53) |
| 3/9/2021 | 541.00 | $29.19 | (15,791.79) | ($697,865.32) |
| 3/9/2021 | 100.00 | $29.19 | (2,919.00) | ($700,784.32) |
| 3/9/2021 | 78.00 | $29.18 | (2,276.04) | ($703,060.36) |
| 3/9/2021 | 100.00 | $29.13 | (2,913.00) | ($705,973.36) |
| 3/9/2021 | 78.00 | $29.15 | (2,273.70) | ($708,247.06) |
| 3/9/2021 | 100.00 | $29.12 | (2,912.00) | ($711,159.06) |
| 3/9/2021 | 100.00 | $29.14 | (2,914.00) | ($714,073.06) |
| 3/9/2021 | 200.00 | $29.18 | (5,836.00) | ($719,909.06) |
| 3/9/2021 | 100.00 | $29.18 | (2,918.00) | ($722,827.06) |
| 3/9/2021 | 500.00 | $29.18 | (14,590.00) | ($737,417.06) |
| 3/9/2021 | 54.00 | $29.17 | (1,575.18) | ($738,992.24) |
| 3/9/2021 | 78.00 | $29.17 | (2,275.26) | ($741,267.50) |
| 3/9/2021 | 100.00 | $29.12 | (2,912.00) | ($744,179.50) |
| 3/9/2021 | 100.00 | $29.02 | (2,902.00) | ($747,081.50) |
| 3/9/2021 | 100.00 | $29.10 | (2,910.00) | ($749,991.50) |
| 3/9/2021 | 300.00 | $29.10 | (8,730.00) | ($758,721.50) |
| 3/9/2021 | 100.00 | $29.10 | (2,910.00) | ($761,631.50) |
| 3/9/2021 | 400.00 | $29.10 | (11,640.00) | ($773,271.50) |
| 3/9/2021 | 300.00 | $29.10 | (8,730.00) | ($782,001.50) |
| 3/9/2021 | 146.00 | $29.09 | (4,247.14) | ($786,248.64) |
| 3/9/2021 | 100.00 | $29.09 | (2,909.00) | ($789,157.64) |
| 3/9/2021 | 100.00 | $29.06 | (2,906.00) | ($792,063.64) |
| 3/9/2021 | 1.00 | $29.09 | (29.09) | ($792,092.73) |
| 3/9/2021 | 30.00 | $29.09 | (872.70) | ($792,965.43) |
| 3/9/2021 | 20.00 | $29.09 | (581.80) | ($793,547.23) |
| 3/9/2021 | 100.00 | $29.09 | (2,909.00) | ($796,456.23) |
| 3/9/2021 | 100.00 | $29.09 | (2,909.00) | ($799,365.23) |
| 3/9/2021 | 100.00 | $29.08 | (2,908.00) | ($802,273.23) |
| 3/9/2021 | 100.00 | $29.08 | (2,908.00) | ($805,181.23) |
| 3/9/2021 | 1.00 | $29.08 | (29.08) | ($805,210.31) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | ($808,111.31) |
| 3/9/2021 | 200.00 | $29.07 | (5,814.00) | ($813,925.31) |
| 3/9/2021 | 100.00 | $29.05 | (2,905.00) | ($816,830.31) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | ($819,731.31) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | ($822,632.31) |

| Date | Quantity | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/9/2021 | 245.00 | $29.01 | (7,107.45) | | | ($829,739.76) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | | | ($832,640.76) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | | | ($835,541.76) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | | | ($838,442.76) |
| 3/9/2021 | 100.00 | $29.01 | (2,901.00) | | | ($841,343.76) |
| 3/9/2021 | 55.00 | $29.07 | (1,598.85) | | | ($842,942.61) |
| 3/9/2021 | 55.00 | $29.07 | (1,598.85) | | | ($844,541.46) |
| 3/9/2021 | 200.00 | $29.07 | (5,814.00) | | | ($850,355.46) |
| 3/9/2021 | 2.00 | $29.05 | (58.10) | | | ($850,413.56) |
| 3/9/2021 | 30.00 | $29.05 | (871.50) | | | ($851,285.06) |
| 3/9/2021 | 1,100.00 | $29.04 | (31,944.00) | | | ($883,229.06) |
| 3/9/2021 | 300.00 | $29.02 | (8,706.00) | | | ($891,935.06) |
| 3/9/2021 | 100.00 | $29.02 | (2,902.00) | | | ($894,837.06) |
| 3/9/2021 | 55.00 | $29.01 | (1,595.55) | | | ($896,432.61) |
| 3/9/2021 | 61.00 | $29.01 | (1,769.61) | | | ($898,202.22) |
| 3/9/2021 | 100.00 | $29.00 | (2,900.00) | | | ($901,102.22) |
| 3/9/2021 | 5.00 | $29.00 | (145.00) | | | ($901,247.22) |
| 3/9/2021 | 50.00 | $29.00 | (1,450.00) | | | ($902,697.22) |
| 3/9/2021 | 100.00 | $29.00 | (2,900.00) | | | ($905,597.22) |
| 3/9/2021 | 100.00 | $29.00 | (2,900.00) | | | ($908,497.22) |
| 3/9/2021 | 55.00 | $28.99 | (1,594.45) | | | ($910,091.67) |
| 3/9/2021 | 50.00 | $28.99 | (1,449.50) | | | ($911,541.17) |
| 3/9/2021 | 50.00 | $28.99 | (1,449.50) | | | ($912,990.67) |
| 3/9/2021 | 100.00 | $28.99 | (2,899.00) | | | ($915,889.67) |
| 3/9/2021 | 50.00 | $28.99 | (1,449.50) | | | ($917,339.17) |
| 3/9/2021 | -2,000.00 | | | $24.15 | $48,300.00 | ($869,039.17) |
| 3/9/2021 | -5,817.00 | | | $24.15 | $140,480.55 | ($728,558.62) |
| 3/9/2021 | -6.00 | | | $24.15 | $144.90 | ($728,413.72) |
| 3/9/2021 | -6.00 | | | $24.15 | $144.90 | ($728,268.82) |
| 3/9/2021 | -6.00 | | | $24.16 | $144.96 | ($728,123.86) |
| 3/9/2021 | -906.00 | | | $24.15 | $21,879.90 | ($706,243.96) |
| 3/9/2021 | -100.00 | | | $24.16 | $2,416.00 | ($703,827.96) |
| 3/9/2021 | -100.00 | | | $24.16 | $2,416.00 | ($701,411.96) |
| 3/9/2021 | -100.00 | | | $24.17 | $2,417.00 | ($698,994.96) |
| 3/9/2021 | -100.00 | | | $24.17 | $2,417.00 | ($696,577.96) |
| 3/9/2021 | -200.00 | | | $24.16 | $4,832.00 | ($691,745.96) |
| 3/9/2021 | -200.00 | | | $24.16 | $4,832.00 | ($686,913.96) |
| 3/9/2021 | -100.00 | | | $24.17 | $2,417.00 | ($684,496.96) |
| 3/9/2021 | -100.00 | | | $24.17 | $2,417.00 | ($682,079.96) |
| 3/9/2021 | -200.00 | | | $24.16 | $4,832.00 | ($677,247.96) |

| | | | | |
|---|---|---|---|---|
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($674,830.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($672,413.96) |
| 3/9/2021 | -200.00 | $24.16 | $4,832.00 | ($667,581.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($665,164.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($662,747.96) |
| 3/9/2021 | -100.00 | $24.16 | $2,416.00 | ($660,331.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($657,914.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($655,497.96) |
| 3/9/2021 | -200.00 | $24.17 | $4,834.00 | ($650,663.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($648,245.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($645,828.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($643,410.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($640,992.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($638,574.96) |
| 3/9/2021 | -200.00 | $24.17 | $4,834.00 | ($633,740.96) |
| 3/9/2021 | -100.00 | $24.17 | $2,417.00 | ($631,323.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($628,905.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($626,487.96) |
| 3/9/2021 | -100.00 | $24.18 | $2,418.00 | ($624,069.96) |
| 3/9/2021 | -1.00 | $24.19 | $24.19 | ($624,045.77) |
| 3/9/2021 | -60.00 | $24.20 | $1,452.00 | ($622,593.77) |
| 3/9/2021 | -40.00 | $24.20 | $968.00 | ($621,625.77) |
| 3/9/2021 | -300.00 | $24.20 | $7,260.00 | ($614,365.77) |
| 3/9/2021 | -500.00 | $24.20 | $12,100.00 | ($602,265.77) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($599,845.77) |
| 3/9/2021 | -63.00 | $24.20 | $1,524.60 | ($598,321.17) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($595,901.17) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($593,481.17) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($591,061.17) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($588,641.17) |
| 3/9/2021 | -100.00 | $24.20 | $2,420.00 | ($586,221.17) |
| 3/9/2021 | -100.00 | $24.21 | $2,421.00 | ($583,800.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($581,378.17) |
| 3/9/2021 | -100.00 | $24.21 | $2,421.00 | ($578,957.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($576,535.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($574,113.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($571,691.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($569,269.17) |
| 3/9/2021 | -100.00 | $24.22 | $2,422.00 | ($566,847.17) |
| 3/9/2021 | -95.00 | $24.23 | $2,301.85 | ($564,545.32) |

| Date | Quantity | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/9/2021 | -100.00 | | | $24.22 | $2,422.00 | ($562,123.32) |
| 3/9/2021 | -100.00 | | | $24.21 | $2,421.00 | ($559,702.32) |
| 3/9/2021 | -100.00 | | | $24.26 | $2,426.00 | ($557,276.32) |
| 3/9/2021 | -100.00 | | | $24.26 | $2,426.00 | ($554,850.32) |
| 3/12/2021 | -181.00 | | | $34.50 | $6,244.50 | ($548,605.82) |
| 3/12/2021 | -300.00 | | | $34.50 | $10,350.00 | ($538,255.82) |
| 3/12/2021 | -100.00 | | | $34.50 | $3,450.00 | ($534,805.82) |
| 3/12/2021 | -100.00 | | | $34.50 | $3,450.00 | ($531,355.82) |
| 3/12/2021 | -100.00 | | | $34.50 | $3,450.00 | ($527,905.82) |
| 3/12/2021 | -69.00 | | | $34.50 | $2,380.50 | ($525,525.32) |
| 3/12/2021 | -400.00 | | | $34.50 | $13,800.00 | ($511,725.32) |
| 3/12/2021 | -1,000.00 | | | $34.50 | $34,500.00 | ($477,225.32) |
| 3/12/2021 | -1,000.00 | | | $34.50 | $34,500.00 | ($442,725.32) |
| 3/12/2021 | -750.00 | | | $34.50 | $25,875.00 | ($416,850.32) |
| 3/15/2021 | 119.00 | $34.11 | (4,059.09) | | | ($420,909.41) |
| 3/15/2021 | 10.00 | $34.11 | (341.10) | | | ($421,250.51) |
| 3/15/2021 | 100.00 | $34.11 | (3,411.00) | | | ($424,661.51) |
| 3/15/2021 | 100.00 | $34.11 | (3,411.00) | | | ($428,072.51) |
| 3/15/2021 | 793.00 | $34.11 | (27,049.23) | | | ($455,121.74) |
| 3/15/2021 | 180.00 | $34.11 | (6,139.80) | | | ($461,261.54) |
| 3/15/2021 | 1,698.00 | $34.11 | (57,918.78) | | | ($519,180.32) |
| 3/16/2021 | -5,005.00 | | | $30.46 | $152,452.30 | ($366,728.02) |
| 3/16/2021 | -195.00 | | | $30.46 | $5,939.70 | ($360,788.32) |
| 3/16/2021 | -900.00 | | | $30.46 | $27,414.00 | ($333,374.32) |
| 3/16/2021 | -900.00 | | | $30.46 | $27,414.00 | ($305,960.32) |
| 3/16/2021 | -5.00 | | | $30.46 | $152.30 | ($305,808.02) |
| 3/16/2021 | -1,200.00 | | | $30.46 | $36,552.00 | ($269,256.02) |
| 3/16/2021 | -100.00 | | | $30.46 | $3,046.00 | ($266,210.02) |
| 3/16/2021 | -100.00 | | | $30.47 | $3,047.00 | ($263,163.02) |
| 3/16/2021 | -100.00 | | | $30.47 | $3,047.00 | ($260,116.02) |
| 3/16/2021 | -35.00 | | | $30.50 | $1,067.50 | ($259,048.52) |
| 3/16/2021 | -5.00 | | | $30.50 | $152.50 | ($258,896.02) |
| 3/16/2021 | -100.00 | | | $30.48 | $3,048.00 | ($255,848.02) |
| 3/16/2021 | -45.00 | | | $30.48 | $1,371.60 | ($254,476.42) |
| 3/16/2021 | -100.00 | | | $30.48 | $3,048.00 | ($251,428.42) |
| 3/16/2021 | -100.00 | | | $30.49 | $3,049.00 | ($248,379.42) |
| 3/16/2021 | -300.00 | | | $30.49 | $9,147.00 | ($239,232.42) |
| 3/16/2021 | -100.00 | | | $30.49 | $3,049.00 | ($236,183.42) |
| 3/16/2021 | -100.00 | | | $30.49 | $3,049.00 | ($233,134.42) |
| 3/16/2021 | -100.00 | | | $30.49 | $3,049.00 | ($230,085.42) |

| | | | | |
|---|---|---|---|---|
| 3/16/2021 | -100.00 | $30.49 | $3,049.00 | ($227,036.42) |
| 3/16/2021 | -5.00 | $30.50 | $152.50 | ($226,883.92) |
| 3/16/2021 | -100.00 | $30.51 | $3,051.00 | ($223,832.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($220,782.92) |
| 3/16/2021 | -6.00 | $30.50 | $183.00 | ($220,599.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($217,549.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($214,499.92) |
| 3/16/2021 | -171.00 | $30.50 | $5,215.50 | ($209,284.42) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($206,234.42) |
| 3/16/2021 | -23.00 | $30.50 | $701.50 | ($205,532.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($202,482.92) |
| 3/16/2021 | -100.00 | $30.51 | $3,051.00 | ($199,431.92) |
| 3/16/2021 | -177.00 | $30.50 | $5,398.50 | ($194,033.42) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($190,983.42) |
| 3/16/2021 | -163.00 | $30.50 | $4,971.50 | ($186,011.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($182,961.92) |
| 3/16/2021 | -200.00 | $30.50 | $6,100.00 | ($176,861.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($173,811.92) |
| 3/16/2021 | -30.00 | $30.50 | $915.00 | ($172,896.92) |
| 3/16/2021 | -1,000.00 | $30.50 | $30,500.00 | ($142,396.92) |
| 3/16/2021 | -20.00 | $30.50 | $610.00 | ($141,786.92) |
| 3/16/2021 | -10.00 | $30.50 | $305.00 | ($141,481.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($138,431.92) |
| 3/16/2021 | -100.00 | $30.51 | $3,051.00 | ($135,380.92) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($132,328.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($129,278.92) |
| 3/16/2021 | -100.00 | $30.50 | $3,050.00 | ($126,228.92) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($123,176.92) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($120,124.92) |
| 3/16/2021 | -90.00 | $30.52 | $2,746.80 | ($117,378.12) |
| 3/16/2021 | -10.00 | $30.52 | $305.20 | ($117,072.92) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($114,020.92) |
| 3/16/2021 | -29.00 | $30.51 | $884.79 | ($113,136.13) |
| 3/16/2021 | -171.00 | $30.51 | $5,217.21 | ($107,918.92) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($104,866.92) |
| 3/16/2021 | -100.00 | $30.51 | $3,051.00 | ($101,815.92) |
| 3/16/2021 | -74.00 | $30.51 | $2,257.74 | ($99,558.18) |
| 3/16/2021 | -100.00 | $30.51 | $3,051.00 | ($96,507.18) |
| 3/16/2021 | -26.00 | $30.52 | $793.52 | ($95,713.66) |
| 3/16/2021 | -100.00 | $30.52 | $3,052.00 | ($92,661.66) |

| Date | Shares | Price | Amount | Price | Amount | Balance |
|---|---|---|---|---|---|---|
| 3/16/2021 | -150.00 | | | $30.51 | $4,576.50 | ($88,085.16) |
| 3/16/2021 | -50.00 | | | $30.51 | $1,525.50 | ($86,559.66) |
| 3/16/2021 | -100.00 | | | $30.52 | $3,052.00 | ($83,507.66) |
| 3/16/2021 | -100.00 | | | $30.51 | $3,051.00 | ($80,456.66) |
| 3/16/2021 | -100.00 | | | $30.52 | $3,052.00 | ($77,404.66) |
| 3/16/2021 | -100.00 | | | $30.51 | $3,051.00 | ($74,353.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($71,300.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($68,247.66) |
| 3/16/2021 | -100.00 | | | $30.55 | $3,055.00 | ($65,192.66) |
| 3/16/2021 | -100.00 | | | $30.54 | $3,054.00 | ($62,138.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($59,085.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($56,032.66) |
| 3/16/2021 | -100.00 | | | $30.56 | $3,056.00 | ($52,976.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($49,923.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($46,870.66) |
| 3/16/2021 | -100.00 | | | $30.53 | $3,053.00 | ($43,817.66) |
| 3/16/2021 | -487.00 | | | $30.53 | $14,868.11 | ($28,949.55) |
| 3/16/2021 | -13.00 | | | $30.53 | $396.89 | ($28,552.66) |
| 3/16/2021 | -500.00 | | | $30.54 | $15,270.00 | ($13,282.66) |
| 3/16/2021 | -100.00 | | | $30.55 | $3,055.00 | ($10,227.66) |
| 3/16/2021 | -300.00 | | | $30.55 | $9,165.00 | ($1,062.66) |
| 3/16/2021 | -74 | | | $30.55 | $2,260.70 | $1,198.04 |
| 3/16/2021 | -26 | | | $30.57 | $794.82 | $1,992.86 |
| 3/16/2021 | -100 | | | $30.55 | $3,055.00 | $5,047.86 |
| 3/16/2021 | -100 | | | $30.57 | $3,057.00 | $8,104.86 |
| 3/16/2021 | -100 | | | $30.59 | $3,059.00 | $11,163.86 |
| 3/16/2021 | -100 | | | $30.60 | $3,060.00 | $14,223.86 |
| 3/16/2021 | -805 | | | $30.60 | $24,633.00 | $38,856.86 |
| 3/16/2021 | -95 | | | $30.60 | $2,907.00 | $41,763.86 |
| 3/16/2021 | -200 | | | $30.60 | $6,120.00 | $47,883.86 |
| 3/16/2021 | -5 | | | $30.60 | $153.00 | $48,036.86 |
| 3/16/2021 | -100 | | | $30.61 | $3,061.00 | $51,097.86 |
| 3/16/2021 | -100 | | | $30.66 | $3,066.00 | $54,163.86 |
| 3/16/2021 | -100 | | | $30.66 | $3,066.00 | $57,229.86 |
| 3/16/2021 | -100 | | | $30.66 | $3,066.00 | $60,295.86 |
| 4/1/2021 | 1500 | $23.71 | (35,565.00) | | | $24,730.86 |
| 4/1/2021 | 100 | $23.70 | (2,370.00) | | | $22,360.86 |
| 4/1/2021 | 110 | $23.70 | (2,607.00) | | | $19,753.86 |
| 4/1/2021 | 200 | $23.70 | (4,740.00) | | | $15,013.86 |
| 4/1/2021 | 1000 | $23.70 | (23,700.00) | | | ($8,686.14) |

| Date | Qty | Price | Amount | Price2 | Amount2 | Balance |
|---|---|---|---|---|---|---|
| 4/1/2021 | 1000 | $23.70 | (23,700.00) | | | ($32,386.14) |
| 4/1/2021 | 7 | $23.70 | (165.90) | | | ($32,552.04) |
| 4/1/2021 | 275 | $23.70 | (6,517.50) | | | ($39,069.54) |
| 4/1/2021 | 100 | $23.70 | (2,370.00) | | | ($41,439.54) |
| 4/1/2021 | 1000 | $23.70 | (23,700.00) | | | ($65,139.54) |
| 4/1/2021 | 60 | $23.70 | (1,422.00) | | | ($66,561.54) |
| 4/1/2021 | 10 | $23.70 | (237.00) | | | ($66,798.54) |
| 4/1/2021 | 15 | $23.70 | (355.50) | | | ($67,154.04) |
| 4/1/2021 | 23 | $23.70 | (545.10) | | | ($67,699.14) |
| 4/1/2021 | 100 | $23.68 | (2,368.00) | | | ($70,067.14) |
| 4/1/2021 | 300 | $23.68 | (7,104.00) | | | ($77,171.14) |
| 4/1/2021 | 200 | $23.67 | (4,734.00) | | | ($81,905.14) |
| 4/1/2021 | 700 | $23.68 | (16,576.00) | | | ($98,481.14) |
| 4/1/2021 | 200 | $23.67 | (4,734.00) | | | ($103,215.14) |
| 4/1/2021 | 40 | $23.67 | (946.80) | | | ($104,161.94) |
| 4/1/2021 | 60 | $23.67 | (1,420.20) | | | ($105,582.14) |
| 4/1/2021 | 3500 | $22.39 | (78,365.00) | | | ($183,947.14) |
| 4/1/2021 | 500 | $22.39 | (11,195.00) | | | ($195,142.14) |
| 4/1/2021 | 500 | $22.39 | (11,195.00) | | | ($206,337.14) |
| 4/1/2021 | 1500 | $22.39 | (33,585.00) | | | ($239,922.14) |
| 4/1/2021 | 1400 | $22.39 | (31,346.00) | | | ($271,268.14) |
| 4/1/2021 | 100 | $22.38 | (2,238.00) | | | ($273,506.14) |
| 4/1/2021 | 200 | $22.37 | (4,474.00) | | | ($277,980.14) |
| 4/1/2021 | 100 | $22.37 | (2,237.00) | | | ($280,217.14) |
| 4/1/2021 | 100 | $22.37 | (2,237.00) | | | ($282,454.14) |
| 4/1/2021 | 100 | $22.37 | (2,237.00) | | | ($284,691.14) |
| 4/1/2021 | 100 | $22.37 | (2,237.00) | | | ($286,928.14) |
| 4/1/2021 | 100 | $22.36 | (2,236.00) | | | ($289,164.14) |
| 4/1/2021 | 100 | $22.36 | (2,236.00) | | | ($291,400.14) |
| 4/1/2021 | 1400 | $22.36 | (31,304.00) | | | ($322,704.14) |
| 4/1/2021 | 100 | $22.35 | (2,235.00) | | | ($324,939.14) |
| 4/1/2021 | 100 | $22.35 | (2,235.00) | | | ($327,174.14) |
| 4/1/2021 | 100 | $22.35 | (2,235.00) | | | ($329,409.14) |
| 4/12/2021 | -4250 | | | $14.20 | $60,350.00 | ($269,059.14) |
| 4/12/2021 | -3310 | | | $14.20 | $47,002.00 | ($222,057.14) |
| 4/12/2021 | -100 | | | $14.20 | $1,420.00 | ($220,637.14) |
| 4/12/2021 | -400 | | | $14.20 | $5,680.00 | ($214,957.14) |
| 4/12/2021 | -100 | | | $14.20 | $1,420.00 | ($213,537.14) |
| 4/12/2021 | -2 | | | $14.20 | $28.40 | ($213,508.74) |
| 4/12/2021 | -1 | | | $14.20 | $14.20 | ($213,494.54) |

| Date | Quantity | Price | Amount | Balance |
|---|---|---|---|---|
| 4/12/2021 | -1290 | $14.20 | $18,318.00 | ($195,176.54) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($193,756.54) |
| 4/12/2021 | -37 | $14.20 | $525.40 | ($193,231.14) |
| 4/12/2021 | -200 | $14.20 | $2,840.00 | ($190,391.14) |
| 4/12/2021 | -200 | $14.20 | $2,840.00 | ($187,551.14) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($186,131.14) |
| 4/12/2021 | -10 | $14.20 | $142.00 | ($185,989.14) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($184,569.14) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($183,149.14) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($181,729.14) |
| 4/12/2021 | -50 | $14.20 | $710.00 | ($181,019.14) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($179,599.14) |
| 4/12/2021 | -954 | $14.20 | $13,546.80 | ($166,052.34) |
| 4/12/2021 | -300 | $14.20 | $4,260.00 | ($161,792.34) |
| 4/12/2021 | -20 | $14.20 | $284.00 | ($161,508.34) |
| 4/12/2021 | -200 | $14.20 | $2,840.00 | ($158,668.34) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($157,248.34) |
| 4/12/2021 | -100 | $14.20 | $1,420.00 | ($155,828.34) |
| 4/12/2021 | -25 | $14.20 | $355.00 | ($155,473.34) |
| 4/12/2021 | -3 | $14.20 | $42.60 | ($155,430.74) |
| 4/12/2021 | -10 | $14.20 | $142.00 | ($155,288.74) |
| 4/12/2021 | -60 | $14.20 | $852.00 | ($154,436.74) |
| 4/12/2021 | -5 | $14.20 | $71.00 | ($154,365.74) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($152,944.74) |
| 4/12/2021 | -900 | $14.21 | $12,789.00 | ($140,155.74) |
| 4/12/2021 | -600 | $14.21 | $8,526.00 | ($131,629.74) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($130,208.74) |
| 4/12/2021 | -15 | $14.21 | $213.15 | ($129,995.59) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($128,574.59) |
| 4/12/2021 | -30 | $14.21 | $426.30 | ($128,148.29) |
| 4/12/2021 | -60 | $14.21 | $852.60 | ($127,295.69) |
| 4/12/2021 | -600 | $14.21 | $8,526.00 | ($118,769.69) |
| 4/12/2021 | -200 | $14.21 | $2,842.00 | ($115,927.69) |
| 4/12/2021 | -60 | $14.21 | $852.60 | ($115,075.09) |
| 4/12/2021 | -10 | $14.21 | $142.10 | ($114,932.99) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($113,511.99) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($112,090.99) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($110,669.99) |
| 4/12/2021 | -30 | $14.21 | $426.30 | ($110,243.69) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($108,822.69) |

| Date | Shares | Price | Value | Balance |
|---|---|---|---|---|
| 4/12/2021 | -9 | $14.21 | $127.89 | ($108,694.80) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($107,273.80) |
| 4/12/2021 | -15 | $14.21 | $213.15 | ($107,060.65) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($105,639.65) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($104,218.65) |
| 4/12/2021 | -60 | $14.21 | $852.60 | ($103,366.05) |
| 4/12/2021 | -300 | $14.21 | $4,263.00 | ($99,103.05) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($97,682.05) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($96,261.05) |
| 4/12/2021 | -100 | $14.21 | $1,421.00 | ($94,840.05) |
| 4/12/2021 | -50 | $14.22 | $711.00 | ($94,129.05) |
| 4/12/2021 | -11 | $14.22 | $156.42 | ($93,972.63) |
| 4/12/2021 | -10 | $14.22 | $142.20 | ($93,830.43) |
| 4/12/2021 | -100 | $14.22 | $1,422.00 | ($92,408.43) |
| 4/12/2021 | -10 | $14.22 | $142.20 | ($92,266.23) |
| 4/12/2021 | -100 | $14.22 | $1,422.00 | ($90,844.23) |
| 4/12/2021 | -100 | $14.22 | $1,422.00 | ($89,422.23) |
| 4/12/2021 | -100 | $14.22 | $1,422.00 | ($88,000.23) |
| 4/12/2021 | -3 | $14.22 | $42.66 | ($87,957.57) |
| **Retained Shares:** | 0 | | **Subtotal** | ($87,957.57) |
| | | | **Retained Share Value** | $0.00 |
| | | | **Total** | ($87,957.57) |