**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and On Behalf of All Others Similarly Situated, | Case No: 1:21-cv-03299-JPC-SDA |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| CANAAN INC., NANGENG ZHANG and TONG HE, | |
| Defendants. | |

**DECLARATION OF MARION C.**
**PASSMORE IN SUPPORT OF BILL LU AND LIYING**
**HUANG'S MEMORANDUM OF LAW IN OPPOSITION TO**
<u>**COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF**</u>

I, Marion C. Passmore, hereby declare as follows:

1.      I am Of Counsel with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Bill Lu and Liying Huang (husband and wife, and together, "Movants") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibit, in support of Movants' Memorandum of Law in Opposition to Competing Motions for Appointment as Lead Plaintiff.

3.      Attached hereto is a true and correct copy of the following exhibit:

Exhibit 1:      Declaration in Support of Bill Lu and Liying Huang's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 28th day of June, 2021.

*/s/ Marion C. Passmore*
Marion C. Passmore

1