**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CANAAN INC., NANGENG ZHANG, and TONG HE,<br><br>    Defendants. | Case No. 1:21-cv-03299-JPC<br><br>CLASS ACTION<br><br>**XIANFENG ZENG'S RESPONSE TO THE COMPETING MOTIONS TO APPOINT LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL** |

The PSLRA creates a presumption that the "most adequate plaintiff" for the purposes of these motions is the person or group that has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(B)(iii)(I). Here, "the relief sought by the class" consists of recovery for investment losses suffered as a result of transactions in Canaan Inc. securities from February 10, 2021 through April 9, 2021.

Movant Xianfeng Zeng ("Movant") applied for appointment as lead plaintiff on Jun 14, 2021, stating that he suffered losses of $222,311.72. Several competing motions were filed, and based on a review of those motions, it appears that Movant does not have the largest financial interest in this litigation.

Rather, out of the ten movants, Bill Lu and Liying Huang report $1,321,305.38 in combined losses, Mahinderjit Singh, M.D. reports losses of $553,131.22, Paul Richards reports $479,001.10 in losses, Chen Lin reports losses of $372,219.00, and Sholim and Fanny Ginsburg report combined losses of $285,755.34, and thus are greater than Movant. Should each of these movants be found lacking, or their losses less than Movant and therefore not appointed lead plaintiff, Movant should be appointed. Movant's losses are greater than the remaining movants, he has

shown that he is typical and adequate, and would then be the presumptive "most adequate plaintiff".

By this notice, Movant does not waive his right to participate and recover as a class member. Movant also remains ready, willing, and able to serve as lead plaintiff if the need arises.

Respectfully submitted,

DATED:  June 28, 2021          HAGENS BERMAN SOBOL SHAPIRO LLP

By      */s/ Nathaniel A. Tarnor*
          NATHANIEL A. TARNOR

322 8th Avenue, Suite 802
New York, NY10001
Telephone: (212) 752-5455
Facsimile:  (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Movant Xianfeng Zeng*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR
