**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JASON DENNY, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-03299 (JPC) |
| Plaintiff, | |
| -against- | |
| CANAAN INC., NANGENG ZHANG, AND TONG HE, | |
| Defendants. | |

**DANIEL L. CANTOR'S DECLARATION IN SUPPORT OF DEFENDANT**
**CANAAN INC.'S REQUEST FOR JUDICIAL NOTICE**

I, Daniel L. Cantor, declare as follows in support of Defendant Canaan Inc.'s ("Canaan")

Request for Judicial Notice:

1. I am an attorney licensed to practice law in the State of New York, a member in good standing of the State Bar of New York (State Bar # 2336535), and admitted to practice in the United States District Court for the Southern District of New York. I am a partner of O'Melveny & Myers LLP and counsel for Canaan. I make this declaration based upon my knowledge of the facts stated herein, and if called to testify, I could and would do so competently. I submit this declaration in support of Canaan's Request for Judicial Notice.

2. Attached as Exhibit 1 is a true and correct copy of Canaan's press release titled "Canaan Inc. Reports Unaudited Third Quarter 2020 Financial Results" and dated November 30, 2020. It was downloaded on or about March 27, 2022, from https://www.globenewswire .com/news-release/2020/11/30/2136226/0/en/Canaan-Inc-Reports-Unaudited-Third-Quarter-2020-Financial-Results.html.

1

DECLARATION ISO RJN

3. Attached as Exhibit 2 is a true and correct copy of Canaan's Form F-1 Registration Statement filed with the SEC on October 28, 2019.  It was downloaded on or about March 31, 2022, from https://www.sec.gov/Archives/edgar/data/1780652 /000119312519276263/d773846df1.htm.

4. Attached as Exhibit 3 is a true and correct copy of Canaan's American depository share ("ADS") historical stock data, as posted on Nasdaq's website.  It was downloaded on or about March 28, 2022, from https://www.nasdaq.com/market-activity/stocks/can /historical.  A copy of this document is available from that website by selecting "5Y" as the timeframe and downloading the data.

5. Attached as Exhibit 4 is a true and correct copy of Canaan's press release titled "Canaan Announces Improved Revenue Visibility in 2021" and dated February 10, 2021.  It was downloaded on or about March 27, 2022, from https://www.globenewswire.com/news-release/2021/02/10/2172977/0/en/Canaan-Announces-Improved-Revenue-Visibility-in-2021.html.

6. Attached as Exhibit 5 is a true and correct copy of Bitcoin's historical stock data, as listed on Nasdaq's website.  It was downloaded on or about March 28, 2022, from https://www.nasdaq.com/market-activity/cryptocurrency/btc/historical.  A copy of this document is available from that website by selecting "5Y" as the timeframe and downloading the data.

7. Attached as Exhibit 6 is a true and correct copy of a Decrypt news article titled "Canaan CEO Is Bullish on Bitcoin Mining Ahead of Earnings" and dated April 9, 2021.  It was downloaded on or about March 27, 2022, from https://decrypt.co/65932/canaan-ceo-is-bullish-on-bitcoin-mining-ahead-of-earnings.

DECLARATION ISO RJN

8.  Attached as Exhibit 7 is a true and correct copy of Canaan's press release titled "Canaan Inc. Reports Unaudited Fourth Quarter and Full Year 2020 Financial Results" and dated April 12, 2021.  It was downloaded on or about March 27, 2022, from https://www .globenewswire.com/news-release/2021/04/12/2208025/0/en/Canaan-Inc-Reports-Unaudited-Fourth-Quarter-and-Full-Year-2020-Financial-Results.html.

9.  Attached as Exhibit 8 is a true and correct copy of Canaan's Form 6-K for the First-Quarter 2021 Financial Results filed with the SEC on June 1, 2021.  It was downloaded on or about March 27, 2022, from https://investor.canaan-creative.com/static-files/be08cc07-1d5b-4132-ad86-780c20c381ff.

10.  Attached as Exhibit 9 is a true and correct copy of an April 12, 2021 earnings call transcript titled "Canaan Inc. (CAN) CEO Nangeng Zhang on Q4 2020 Results – Earnings Call Transcript."  It was downloaded on or about April 6, 2022, from https://seekingalpha.com/article/4418688-canaan-inc-can-ceo-nangeng-zhang-on-q4-2020-results-earnings-call-transcript.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of April, 2022.

Respectfully submitted,

*/s/  Daniel L. Cantor*

Daniel L. Cantor
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY  10036
Telephone: (212) 326-2000
Email: dcantor@omm.com

*Attorney for Defendant Canaan Inc.*

3

DECLARATION ISO RJN