```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASON DENNY, individually and on behalf of all others                  :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :      21 Civ. 3299 (JPC)
                                                                       :
              -v-                                                      :      ORDER
                                                                       :
CANAAN INC. et al.,                                                    :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 27, 2023, the Court issued an Opinion and Order dismissing in full Lead Plaintiffs' Amended Complaint, Dkt. 25, but granting Lead Plaintiffs leave to file a second amended complaint by April 27, 2023. *See* Dkt. 75. On April 21, 2023, the Court granted Lead Plaintiffs' motion to extend the deadline to file a second amended complaint until May 10, 2023. Dkt. 77. Lead Plaintiffs have now informed the Court that they will not file a second amended complaint. Dkt. 78. Consequently, the Clerk of Court is respectfully directed to enter judgment in favor of Defendants, with prejudice as to Lead Plaintiffs.

SO ORDERED.

Dated: May 11, 2023
       New York, New York

                                                         _____
                                                         JOHN P. CRONAN
                                                         United States District Judge