UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JASON DENNY, *individually and on behalf of all others similarly situated*

                Plaintiff,                21 **CIVIL** 3299 (JPC)

   -against-                                **JUDGMENT**

CANAAN INC. *et al.,*

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2023, that on March 27, 2023, the Court issued an Opinion and Order dismissing in full Lead Plaintiffs' Amended Complaint, Dkt. 25, but granting Lead Plaintiffs leave to file a second amended complaint by April 27, 2023. See Dkt. 75. On April 21, 2023, the Court granted Lead Plaintiffs' motion to extend the deadline to file a second amended complaint until May 10, 2023. Dkt. 77. Lead Plaintiffs have now informed the Court that they will not file a second amended complaint. Dkt. 78. Consequently, judgment is entered in favor of Defendants, with prejudice as to Lead Plaintiffs.

**Dated:** New York, New York
          May 12, 2023

                                                        **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**